Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Koren L. Bell (SBN 216684)
*kbell@larsonllp.com*
Paul A. Rigali (SBN 262948)
*prigali@larsonllp.com*
Jonathan D. Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, CA  90071
Telephone:  213.436-4888
Facsimile:   213.623-2000

Attorneys for Plaintiffs
MOSAFER INC.;
MOSAFER E-COM, INC.;
AND GOMOSAFER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOSAFER INC.; MOSAFER E-COM, INC.; AND GOMOSAFER,<br><br>Plaintiffs.<br><br>vs.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; AND JOHN DOES 1-100,<br><br>Defendants. | CASE NO. 2:21-cv-06320<br><br>**PLAINTIFFS' NOTICE OF INTERESTED PARTIES** |

**TO THE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:**

The undersigned, counsel of record for Plaintiffs MOSAFER INC.; MOSAFER E-COM, INC.; and GOMOSAFER (collectively, "Plaintiffs") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Plaintiff Mosafer Inc. is a corporation that has no parent company. No publicly held corporation owns 10% or more of Mosafer Inc.'s stock;
- Plaintiff Mosafer E-Com, Inc. is a corporation that is fully owned by Mosafer Inc. No publicly held corporation owns 10% or more of Mosafer E-Com, Inc.'s stock;
- Plaintiff GoMosafer is the online division of Mosafer Travel, a Qatari travel agency. Mosafer Travel and Tourism is fully owned by Abu Isa Holding, a Qatari company. No publicly held corporation owns 10% or more of GoMosafer's stock;
- Defendant Elliot Broidy, an individual;
- Defendant George Nader, an individual;
- Defendant Broidy Capital Management, LLC.;
- Defendant Circinus, LLC;
- Defendant, the Iron Group Inc. d/b/a Ironistic.com;
- Defendant SCL Social Limited;
- Defendant Project Associates UK Ltd; and
- Defendant Matthew Atkinson, an individual.

1 | DATED: August 5, 2021

LARSON LLP

By: */s/ Stephen G. Larson*
    Stephen G. Larson
    Koren L. Bell
    Paul A. Rigali
    Jonathan D. Gershon
    Attorneys for Plaintiffs MOSAFER INC., MOSAFER E-COM, INC., and GOMOSAFER