Stephen G. Larson (SBN 145225)
*slarson@ larsonllp.com*
Koren L. Bell (SBN 216684)
*kbell@larsonllp.com*
Paul A. Rigali (SBN 262948)
*prigali@larsonllp.com*
Jonathan D. Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, CA  90071
Telephone:   213.436-4888
Facsimile:    213.623-2000

Attorneys for Plaintiffs
MOSAFER INC.;
MOSAFER E-COM, INC.;
AND GOMOSAFER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOSAFER INC.; MOSAFER E-COM, INC.; and GOMOSAFER,<br><br>           Plaintiffs.<br><br>    vs.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; and JOHN DOES 1-100,<br><br>           Defendants. | CASE No. 2:21-cv-06320 MCS (JCx)<br><br>**PLAINTIFFS' *EX PARTE* APPLICATION FOR ORDER DIRECTING U.S. MARSHALS TO EFFECT SERVICE OF PROCESS AGAINST DEFENDANT GEORGE NADER**<br><br>Judge:  Hon. Mark C. Scarsi<br>Courtroom:  7C |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs MOSAFER, INC., MOSAFER E-COM. INC and GOMASAFER (collectively, "Plaintiffs") by and through its attorneys of record will and hereby do, move *ex parte* for an order directing the United States Marshals to serve the summons and related documents on Defendant GEORGE NADER ("Nader").

1. Rule 4(c) of the Federal Rules of Civil Procedure provides that "the court may order that service be made by a United States marshal or deputy marshal."

2. Plaintiffs seek relief on an emergency basis in order to comply with this Court's first standing order to "promptly serve the complaint" and because they would otherwise have limited time to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

3. In January 2020, Nader pleaded guilty to federal felony charges and was sentenced to ten (10) years in prison. He is currently in the custody of the U.S. Marshals and is being housed in state facility in the Commonwealth of Virginia, the Alexandria Detention Center located at 2001 Mill Road, Alexandria, Virginia, 22314 ("Detention Center"). His Bureau of Prisons Registry No. is 17310-083.

4. As set forth in the accompanying Declaration of Koren L. Bell, Counsel for Plaintiffs have contacted the Detention Center and the Alexandria County Sheriff's Office in order to coordinate service of process on Nader. The Detention Center has confirmed that Nader is currently being held in their facility, but has stated that he is in the custody of the U.S. Marshals. The Detention Center directed counsel for Plaintiffs to effect service of process through the U.S. Marshals.

5. As further set forth in the accompanying Declaration of Koren L. Bell, Plaintiffs make this application after providing notice to known counsel pursuant to Local Rule 7-19.1. Specifically, Plaintiffs contacted counsel for the Defendants Elliot Broidy, Broidy Capital Management, LLC, and Circinus, LLC, and on August 18, 2021.

1 Counsel for Defendants responded on August 20, 2021 and stated that they do not object
2 to Plaintiffs' *ex parte* application.

3       6.      Counsel for the opposing parties, Defendants Elliot Broidy, Broidy Capital
4 Management, LLC, and Circinus, LLC, are listed below:

> Michael Francisco
> George J. Terwilliger III
> Kevin Lally
> **McGuireWoods LLP**
> 888 16th Street N.W. , Suite 500
> Washington, DC 20006
> Tel: 202-857-1722
> Email: mfrancisco@mcguirewoods.com;
> gterwilliger@mcguirewoods.com;
> klally@mcguirewoods.com

      7.      Plaintiffs also contacted counsel of record in Nader's criminal matter on August 16, 2021 to inquire whether they would accept service on his behalf. Nader's criminal counsel responded on August 18, 2021 and stated that they do not represent Nader in this action and were not authorized to accept service on his behalf, while inviting Plaintiffs to check back in another week to determine if there had been any change in status. Criminal counsel for Nader is listed below.

> Jonathan S. Jeffress
> Emily Anne Voshell
> Courtney Roberts Forrest
> **KaiserDillon PLLC**
> 1099 14th Street, NW, 8th Fl. West
> Washington, DC 20005
> Tel: (202) 640-4430
> Fax: (202) 280-1034
> Email: jjeffress@kaiserdillon.com;
> evoshell@kaiserdillon.com;
> cforrest@kaiserdillon.com
>
> John N. Nassikas III (#24077)
> Andrew E. Talbot (#93801)
> Arnold & Porter Kaye Scholer LLP
> 601 Massachusetts Ave., NW

Washington, DC 20001
Tel: (202) 942-5000
Fax: (202) 942-5999
Email: John.Nassikas@arnoldporter.com
andrew.talbot@arnoldporter.com

8. Pursuant to Local Rule 7-19.2, Plaintiffs request this Court find that the interests of justice require that the *ex parte* application be heard without notice to any counsel that may be representing Nader, unbeknownst to Plaintiffs, in this action.

9. Pursuant to Local Rule 7-19.1, Plaintiffs state that they have made a reasonable, good faith effort to effect service of process through alternative avenues by coordinating with the Detention Center. However, the Detention Center has directed Plaintiffs to effect service on Nader through the U.S. Marshals.

10. Plaintiffs' request is based upon this application, the supporting memorandum of points and authorities, the Declaration of Koren L. Bell, all records and pleadings on file with this Court, and such further evidence and argument as may be presented at or before this time of any hearing on this application.

DATED: August 20, 2021              LARSON LLP

                                    By: */s/ Koren L. Bell*
                                    Stephen G. Larson
                                    Koren L. Bell
                                    Paul A. Rigali
                                    Jonathan D. Gershon
                                    Attorneys for Plaintiffs MOSAFER
                                    INC., MOSAFER E-COM, INC.,
                                    and GOMOSAFER

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiffs MOSAFER, INC., MOSAFER E-COM. INC and GOMASAFER (collectively, "Plaintiffs") respectfully ask this Court to issue an order directing the United States Marshals to serve the summons and related documents on Defendant GEORGE NADER ("Nader").

A party making an *ex parte* application must establish that it will be prejudiced absent *ex parte* relief, and that it is "without fault in creating the crisis requiring *ex parte* relief." *Mission Power Eng'g Co. v. Continental Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

This Court has the authority to issue Plaintiffs requested relief pursuant to Rule 4(c) of the Federal Rules of Civil Procedure, which provides that "the court may order that service be made by a United States marshal or deputy marshal."

Here, there is good cause for the requested *ex parte* relief. Absent an order from the Court directing the U.S. Marshals to effect service, Plaintiffs, through no fault of their own, will be prejudiced, as they may be unable to "promptly serve the complaint" on Nader, consistent with this Court's standing order. In particular, the Alexandria Detention Center, where Nader is currently incarcerated, has directed Plaintiffs to effect service through the U.S. Marshals.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant their *ex parte* request for an order directing the U.S. Marshals to serve Nader.

| | | |
|---|---|---|
| 1 | DATED:  August 20, 2021 | LARSON LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ *Koren L. Bell* |
| 5 | | Stephen G. Larson |
| | | Koren L. Bell |
| 6 | | Paul A. Rigali |
| 7 | | Jonathan D. Gershon |
| | | Attorneys for Plaintiffs MOSAFER |
| 8 | | INC., MOSAFER E-COM, INC., and GOMOSAFER |

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Suite 4400, Los Angeles, CA 90071. My email address is nmorales@larsonllp.com

On August 20, 2021, I served true copies of the following document(s) described as **PLAINTIFFS' EX PARTE APPLICATION FOR ORDER DIRECTING U.S. MARSHALS TO EFFECT SERVICE OF PROCESS AGAINST DEFENDANT GEORGE NADER** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address nmorales@larsonllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 20, 2021, at Los Angeles, California.

*Nannette Morales*

Nannette Morales

...
...

# SERVICE LIST

| | |
|---|---|
| Michael Francisco<br>George J. Terwilliger III<br>Kevin Lally<br>**McGuireWoods LLP**<br>888 16th Street N.W. , Suite 500<br>Washington, DC 20006<br>Tel: 202-857-1722<br>Email:  mfrancisco@mcguirewoods.com;<br>gterwilliger@mcguirewoods.com;<br>klally@mcguirewoods.com | Attorneys for Defendants Elliot Broidy, Broidy Capital Management, LLC and Circinus, LLC |