Stephen G. Larson (SBN 145225)
*slarson@ larsonllp.com*
Koren L. Bell (SBN 216684)
*kbell@larsonllp.com*
Paul A. Rigali (SBN 262948)
*prigali@larsonllp.com*
Jonathan D. Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, CA  90071
Telephone:   213.436-4888
Facsimile:    213.623-2000

Attorneys for Plaintiffs
MOSAFER INC.;
MOSAFER E-COM, INC.;
AND GOMOSAFER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOSAFER INC.; MOSAFER E-COM, INC.; and GOMOSAFER,<br><br>Plaintiffs.<br><br>vs.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; and JOHN DOES 1-100,<br><br>Defendants. | CASE No. 2:21-cv-06320 MCS (JCx)<br><br>**DECLARATION OF KOREN L. BELL IN SUPPORT OF PLAINTIFFS'** ***EX PARTE*** **APPLICATION FOR ORDER DIRECTING U.S. MARSHALS TO EFFECT SERVICE OF PROCESS AGAINST DEFENDANT GEORGE NADER**<br><br>Judge:  Hon.  Mark C. Scarsi<br>Courtroom:  7C |

DECLARATION OF KOREN L. BELL ISO SUPPORT OF EX PARTE APPLICATION RE SERVICE ON DEFENDANT NADER

# DECLARATION OF KOREN L. BELL

I, Koren L. Bell, declare and state as follows:

1. I am an attorney licensed to practice law before this Court and am a partner at the law firm of Larson LLP, attorneys for Plaintiffs MOSAFER INC.; MOSAFER E-COM, INC.; and GOMOSAFER (collectively "Plaintiffs") in the above-captioned matter.

2. I submit this declaration in support of Plaintiffs' *ex parte* application for an order directing the United States Marshals to effect service of process on Defendant GEORGE NADER ("Nader").  I have personal knowledge of the facts stated herein and, if called upon to do so, I can and will testify thereto.

3. On August 12, 2021 and August 13, 2021, staff of my law firm contacted the Alexandria Detention Center and the Alexandria Sheriff's Office and confirmed that Nader was currently being held in that facility.  The facility directed my firm to effect service of process through the U.S. Marshals as Nader is being held in their custody.

4. On August 16, 2017, I contacted counsel for Nader in his criminal matter regarding service of process our intent to file an *ex parte* application seeking an order for the U.S. Marshals to effect service of process.  On August 18, 2021, Nader's criminal counsel advised me that they are not authorized to accept service of process and do not represent Nader in this action.

5. On August 18, 2021, I advised all known counsel for Defendants Elliot Broidy, Broidy Capital Management, LLC, and Circinus, LLC of our intent to file an *ex parte* application seeking an order for the U.S. Marshals to effect service of process. On August 20, 2021, Counsel for Defendants Elliot Broidy, Broidy Capital Management, LLC, and Circinus, LLC responded that they do not object to the *ex parte* application.

6. To my knowledge, Defendants George Nader, The Iron Group Inc. D/B/A Ironistic.Com, SCL Social Limited, Project Associates UK Ltd, and Matthew Atkinson

- 3 -

are not currently represented in this action.  I was therefore unable to contact their counsel regarding our intent to file this *ex parte* application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of August 2021 in the County of Los Angeles, California.

                                */s/ Koren L. Bell*
                                Koren L. Bell

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Suite 4400, Los Angeles, CA 90071. My email address is nmorales@larsonllp.com.

On August 20, 2021, I served true copies of the following document(s) described as **DECLARATION OF KOREN L. BELL IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR ORDER DIRECTING U.S. MARSHALS TO EFFECT SERVICE OF PROCESS AGAINST DEFENDANT GEORGE NADER** on the interested parties in this action as follows:

## SEE ATTACHED SERVICE LIST

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address nmorales@larsonllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 20, 2021, at Los Angeles, California.

*Nannette Morales*
_____
Nannette Morales

DECLARATION OF KOREN L. BELL ISO SUPPORT OF EX PARTE APPLICATION RE SERVICE ON DEFENDANT NADER

- 5 -

| | |
|---|---|
| 1 | **SERVICE LIST** |

Michael Francisco
George J. Terwilliger III
Kevin Lally
**McGuireWoods LLP**
888 16th Street N.W. , Suite 500
Washington, DC 20006
Tel: 202-857-1722
Email:  mfrancisco@mcguirewoods.com;
gterwilliger@mcguirewoods.com;
klally@mcguirewoods.com

Attorneys for Defendants Elliot Broidy, Broidy Capital Management, LLC and Circinus, LLC