UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOSAFER INC.; MOSAFER E-COM, INC.; and GOMOSAFER,<br><br>Plaintiffs.<br><br>vs.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; and JOHN DOES 1-100,<br><br>Defendants. | CASE No. 2:21-cv-06320 MCS (JCx)<br><br>**[PROPOSED] ORDER REGARDING PLAINTIFFS'** *EX PARTE* **APPLICATION FOR ORDER DIRECTING U.S. MARSHALS TO EFFECT SERVICE OF PROCESS AGAINST DEFENDANT GEORGE NADER**<br><br>Judge: Hon. Mark C. Scarsi<br>Courtroom: 7C |

[PROPOSED] ORDER RE PLAINTIFFS' EX PARTE APPLICATION RE SERVICE ON DEFENDANT NADER

Having read and considered Plaintiffs' *ex parte* application for an order directing the United States Marshals to effect service of process on Defendant George Nader ("Nader"), an inmate in their custody, and good cause having been shown. Accordingly, IT IS HEREBY ORDERED that:

1. Counsel for Plaintiffs are directed to forward the instructions for service of process, the completed summons, copies of the complaint and related documents and copies of this order to the United States Marshals.

2. Within ten (10) days from the date of this order, the United States Marshals are directed to personally service process and a copy of this order upon Defendant Nader pursuant to Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c) and shall command all necessary assistance from the Alexandria Detention Center to execute this order.

3. Within ten (10) days after personal service is effected, the United States Marshals shall file the return of service for Defendant Nader.

4. Defendant Nader shall reply to the amended complaint within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

DATED: _____, 2021

Honorable Mark C. Scarsi
United States District Judge

# PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 555 South Flower Street, Suite 4400, Los Angeles, CA 90071. My email address is nmorales@larsonllp.com.

On August 20, 2021, I served true copies of the following document(s) described as **[PROPOSED] ORDER REGARDING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER DIRECTING U.S. MARSHALS TO EFFECT SERVICE OF PROCESS AGAINST DEFENDANT GEORGE NADER** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address nmorales@larsonllp.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 20, 2021, at Los Angeles, California.

*/s/ Nannette Morales*
Nannette Morales

- 4 -

# SERVICE LIST

| | |
|---|---|
| Michael Francisco<br>George J. Terwilliger III<br>Kevin Lally<br>**McGuireWoods LLP**<br>888 16th Street N.W., Suite 500<br>Washington, DC 20006<br>Tel: 202-857-1722<br>Email: mfrancisco@mcguirewoods.com;<br>gterwilliger@mcguirewoods.com;<br>klally@mcguirewoods.com | Attorneys for Defendants Elliot Broidy, Broidy Capital Management, LLC and Circinus, LLC |