MCGUIREWOODS LLP
KEVIN M. LALLY (SBN 226402)
ABIGAIL G. URQUHART (SBN 310547)
355 South Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 457-9862
Facsimile:  (213) 457-9882
E-Mail: klally@mcguirewoods.com
E-Mail: aurquhart@mcguirewoods.com

Attorneys for Defendants and Counterclaim-Plaintiffs
Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC.; MOSAFER ECOM, INC.; AND GOMOSAFER,<br><br>Plaintiffs,<br>vs.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; AND JOHN DOES 1-100,<br><br>Defendants. | Case No. 2:21-cv-06320-MCS-JC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: Aug. 12 and 26, 2021<br>Current Response Due: Sept. 7, 13 & 16, 2021<br>New Response Date: Sept. 17, 2021 |

This Stipulation is made by and between Plaintiffs Mosafer Inc., Mosafer-Ecom, Inc., and Gomosafer (collectively, the "Plaintiffs"), and Defendants Elliott Broidy ("Broidy"), Broidy Capital Management, LLC ("BCM"), and Circinus, LLC

-1-

("Circinus") (collectively, the "Broidy Defendants") collectively referred to as "parties", through their respective counsel and in light of the following facts:

## RECITALS

WHEREAS; on August 5, 2021, Plaintiffs filed this action against Broidy Defendants and the Iron Group Inc. d/b/a Ironistic.com, SCL Social Limited, Project Associates UK Ltd, Matthew Atkinson, George Nader, and John Does 1-100;

WHEREAS; Broidy was served a copy of the Complaint and Summons on or about August 16, 2021;

WHEREAS; BCM was served a copy of the Complaint and Summons on or about August 23, 2021;

WHEREAS; Broidy, BCM, and Circinus' current deadlines to respond to the Complaint are September 7, September 13, and September 16, 2021, respectively;

WHEREAS: Circinus has waived service by filing this stipulation, causing the commonly represented Broidy Defendants to have differing deadlines to respond to the Complaint;

WHEREAS; Broidy Defendants, through counsel, have requested a modest extension of time within which to respond to the Complaint, in part to make the response deadline more uniform, and Plaintiffs have agreed to this request.

## STIPULATION

THEREFORE, the parties agree through their respective attorneys to the following:

1. Broidy Defendants' time to file a responsive pleading in this action shall be extended up to and including September 17, 2021.

2. Pursuant to the Court's Standing Order, Plaintiffs' oppositions ("Plaintiffs' Oppositions") to any motions filed by Broidy Defendants in response to Plaintiffs' complaint ("Defendants' Motions") shall be due October 1, 2021.

3. Pursuant to the Court's Standing Order, Broidy Defendants' replies to Plaintiffs' Oppositions shall be due October 8, 2021.

4. A hearing on any and all of Defendants' Motions shall be heard on October 25, 2021 at 9:00 a.m. before the Honorable Mark C. Scarsi.

5. This is the first extension of time to respond for Broidy Defendants.

6. This extension will not affect any other deadline in this case.

7. This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

Dated: August 26, 2021					Respectfully submitted,

   *s/ Kevin M. Lally*
Kevin M. Lally
Abigail G. Urquhart
MCGUIREWOODS LLP

George J. Terwilliger III (*Pro Hac Vice Anticipated*)
Michael Francisco (*Pro Hac Vice Anticipated*)
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Phone: (202) 857-1700
Fax: (202) 857-1737
gterwilliger@mcguirewoods.com
mfrancisco@mcguirewoods.com

Brooks H. Spears (*Pro Hac Vice Anticipated*)
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Fax: (703) 712-5050
bspears@mcguirewoods.com

**Attorneys for Defendants
ELLIOTT BROIDY;**

|   |   |
|---|---|
| 1 | BROIDY CAPITAL MANAGEMENT, LLC; |
| 2 | CIRCINUS, LLC |
| 3 |   |
| 4 |   |
| 5 | *s/ Stephen G. Larson* |
|   | Stephen G. Larson (SBN 145225) |
| 6 | slarson@ larsonllp.com |
|   | Koren L. Bell (SBN 216684) |
| 7 | kbell@larsonllp.com |
| 8 | Paul A. Rigali (SBN 262948) |
|   | prigali@larsonllp.com |
| 9 | Jonathan D. Gershon (SBN 306979) |
| 10 | jgershon@larsonllp.com |
|   | LARSON LLP |
| 11 | 555 South Flower Street, Suite 4400 |
| 12 | Los Angeles, CA 90071 |
|   | Telephone: 213.436-4888 |
| 13 | Facsimile: 213.623-2000 |
| 14 |   |
| 15 | **Attorneys for Plaintiffs** |
|   | **MOSAFER INC.;** |
| 16 | **MOSAFER E-COM, INC.;** |
|   | **AND GOMOSAFER** |

**CERTIFICATE OF SERVICE**

I certify that, on August 26, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

<u>s/ Kevin M. Lally</u>