1  McGuireWoods LLP
2  KEVIN M. LALLY (SBN 226402)
   ABIGAIL G. URQUHART (SBN 310547)
3  355 S. Grand Avenue, Suite 4200
4  Los Angeles, California 90071-3103
   Telephone: (213) 457-9862
5  Facsimile: (213) 457-9882
6  E-Mail: klally@mcguirewoods.com
   E-Mail: aurquhart@mcguirewoods.com
7
   Attorneys for Defendants
8  Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC

9
10                    UNITED STATES DISTRICT COURT
11                   CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC.; MOSAFER ECOM, INC.; AND GOMOSAFER,<br><br>            Plaintiffs,<br>     vs.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; AND JOHN DOES 1-100,<br><br>            Defendants. | Case No. 2:21-cv-06320-MCS-JC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: Aug. 12 and 26, 2021<br>Original Response Dates: Sept. 7, 13 & 16, 2021<br>Stipulated Response Date: Sept. 17, 2021<br>New Response Date: Oct. 4, 2021 |

 This Stipulation is made by and between Plaintiffs Mosafer Inc., Mosafer-Ecom, Inc., and Gomosafer (collectively, the "Plaintiffs"), and Defendants Elliott

Broidy ("Broidy"), Broidy Capital Management, LLC ("BCM"), and Circinus, LLC ("Circinus") (collectively, the "Broidy Defendants") collectively referred to as "parties", through their respective counsel and in light of the following facts:

## RECITALS

WHEREAS; on August 5, 2021, Plaintiffs filed this action against Broidy Defendants and the Iron Group Inc. d/b/a Ironistic.com ("Ironistic Defendant"), SCL Social Limited, Project Associates UK Ltd, Matthew Atkinson, George Nader, and John Does 1-100;

WHEREAS; Broidy was served a copy of the Complaint and Summons on or about August 16, 2021;

WHEREAS; BCM was served a copy of the Complaint and Summons on or about August 23, 2021;

WHEREAS: Circinus waived service on August 26, 2021;

WHEREAS; Broidy, BCM, and Circinus' current deadlines to respond to the Complaint are September 7, September 13, and September 16, 2021, respectively;

WHEREAS; on August 26, 2021, Broidy Defendants and Plaintiffs agreed to extend time to respond to the Complaint up to and including September 17, 2021. *See* Dkt. 16.

WHEREAS; on September 3, 2021, Plaintiffs agreed to extend Ironistic Defendant's time to respond to the Complaint up to and including October 4, 2021. *See* Dkt. 23.

WHEREAS; Broidy Defendants, through counsel, have requested the same extension of time as Plaintiffs granted Ironistic to respond to the Complaint and Plaintiffs have agreed to this request.

## STIPULATION

THEREFORE, the parties agree through their respective attorneys to the following:

1.   Broidy Defendants' time to file a responsive pleading in this action shall

1  be extended up to and including October 4, 2021.

2      2.    This is the second extension of time to respond for Broidy Defendants and falls within 30 day cumulative extension period under Local Rule 8-3.

3      3.    This extension will not affect any other deadline in this case.

4      4.    This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

Dated: September 14, 2021        Respectfully submitted,

                                    *s/ Abigail G. Urquhart*
Kevin M. Lally
Abigail G. Urquhart
MCGUIREWOODS LLP

George J. Terwilliger III (*Pro Hac Vice Anticipated*)
Michael Francisco (*Pro Hac Vice Anticipated*)
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Phone: (202) 857-1700
Fax: (202) 857-1737
gterwilliger@mcguirewoods.com
mfrancisco@mcguirewoods.com

Brooks H. Spears (*Pro Hac Vice Anticipated*)
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Fax: (703) 712-5050
bspears@mcguirewoods.com

**Attorneys for Defendants
ELLIOTT BROIDY;
BROIDY CAPITAL MANAGEMENT,
LLC; CIRCINUS, LLC**

| | |
|---|---|
| 1 | *s/ Stephen G. Larson* |
| 2 | Stephen G. Larson (SBN 145225) |
|   | slarson@larsonllp.com |
| 3 | Koren L. Bell (SBN 216684) |
| 4 | kbell@larsonllp.com |
|   | Paul A. Rigali (SBN 262948) |
| 5 | prigali@larsonllp.com |
| 6 | Jonathan D. Gershon (SBN 306979) |
|   | jgershon@larsonllp.com |
| 7 | LARSON LLP |
| 8 | 555 South Flower Street, Suite 4400 |
|   | Los Angeles, CA 90071 |
| 9 | Telephone: 213.436-4888 |
| 10 | Facsimile: 213.623-2000 |
| 11 | **Attorneys for Plaintiffs** |
| 12 | **MOSAFER INC.;** |
|    | **MOSAFER E-COM, INC.;** |
| 13 | **AND GOMOSAFER** |

-4-
STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
DEFENDANTS ELLIOTT BROIDY, BROIDY CAPITAL MANAGEMENT, LLC, AND CIRCINUS, LLC

# ATTESTATION

I, Abigail Urquhart, counsel for Broidy Defendants, hereby attest, pursuant to Local Rule 5-4.3.4(a)(2)(i), that concurrence to the filing of this document has been obtained from each signatory hereto.

<u>s/ Abigail G. Urquhart</u>

# CERTIFICATE OF SERVICE

I certify that, on September 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

*s/ Abigail G. Urquhart*
