Name and address:

Brooks H. Spears
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Mosafer Inc., et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) v. | 2:21-cv-06320-MCS-JC |
| Broidy, et al., | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Spears, Brooks H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
*Firm/Agency Name & Address*

703-712-5073      703-712-5190
*Telephone Number    Fax Number*

bspears@mcguirewoods.com
*E-Mail Address*

for permission to appear and participate in this case on behalf of
Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC
*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____

and designating as Local Counsel
Lally, Kevin M.
*Designee's Name (Last Name, First Name & Middle Initial)*

of McGuireWoods LLP
Wells Fargo Center, South Tower
355 S. Grand Ave., Suite 4200
Los Angeles, CA 90071
*Firm/Agency Name & Address*

226402        213-457-9862     213-457-9882
*Designee's Cal. Bar No.   Telephone Number   Fax Number*

klally@mcguirewoods.com
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated _____                    _____
                                U.S. District Judge/U.S. Magistrate Judge