Name and address:
George J. Terwilliger III
McGuireWoods LLP
888 16th Street NW, Suite 500
Washington, DC 20006

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mosafer Inc., et al.,<br><br>Plaintiff(s),<br><br>v.<br><br>Elliott Broidy, et al.,<br><br>Defendant(s), | CASE NUMBER<br><br>2:21-cv-06320-MCS-JC<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. ELECTRONIC SIGNATURES ARE NOT ACCEPTED. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. Out-of-state federal government attorneys are not required to pay the $500 fee. (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

SECTION I - INFORMATION

Terwilliger III, George J.
*Applicant's Name (Last Name, First Name & Middle Initial)*                           check here if federal government attorney ☐

McGuireWoods LLP
*Firm/Agency Name*

888 16th Street NW                          202-857-2473                    202-828-2965
Suite 500                                   *Telephone Number*              *Fax Number*
*Street Address*

Washington, DC 20006                                     gterwilliger@mcguirewoods.com
*City, State, Zip Code*                                  *E-mail Address*

I have been retained to represent the following parties:

| | | |
|---|---|---|
| Elliott Broidy | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* | |
| Broidy Capital Management, LLC | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* | |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See attached. | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

## SECTION II – CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated September 15, 2021

George J. Terwilliger III
Applicant's Name (please type or print)

*/s/ George J. Terwilliger III*
Applicant's Signature

SECTION III - DESIGNATION OF LOCAL COUNSEL

Lally, Kevin M.
*Designee's Name (Last Name, First Name & Middle Initial)*

McGuireWoods LLP
*Firm/Agency Name*

Wells Fargo Center - South Tower

355 S. Grand Ave., Suite 4200
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

213-457-9862
*Telephone Number*

213-457-9882
*Fax Number*

klally@mcguirewoods.com
*Email Address*

226402
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 9/15/21

Kevin M. Lally
*Designee's Name (please type or print)*

*Designee's Signature*

SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

# ATTACHMENT
## GEORGE J. TERWILLIGER, III
### STATE AND FEDERAL COURT ADMISSIONS

| COURT | ADMISSION DATE | ACTIVE MEMBER IN GOOD STANDING? |
|---|---|---|
| District of Columbia Court of Appeals | 05/26/78 | Yes |
| U.S. Court of Appeals for the Second Circuit | 12/14/82 | Yes |
| U.S. Court of Appeals for the Fourth Circuit | 06/15/93 | Yes |
| U.S. Court of Appeals for the Seventh Circuit | 11/10/17 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 03/15/04 | Yes |
| U.S. Court of Appeals for the District of Columbia | 11/06/79 | Yes |
| U.S. District Court for the District of Columbia | 10/22/79 | Yes |
| U.S. District Court for the District of Vermont | 11/24/81 | Yes |
| U.S. District Court for the District of Maryland | 08/25/95 | Yes |
| U.S. District Court for the Southern District of New York | 05/11/07 | Yes |
| U.S. District Court for the Central District of Illinois | 01/23/17 | Yes |
| Supreme Court of the United States | 11/02/92 | Yes |
| United States Tax Court | 09/16/96 | Yes |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*George J. Terwilliger, III*

was duly qualified and admitted on May 26, 1978 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 18, 2021.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.