Name and address:

Michael Francisco
McGuireWoods LLP
888 16th Street N.W., Suite 500
Washington, DC  20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mosafer Inc., et al., <br><br> v. <br><br> Broidy, et al., <br><br>   Plaintiff(s) / Defendant(s). | **CASE NUMBER** <br> 2:21-cv-06320-MCS-JC <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Francisco, Michael     of     McGuireWoods LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*         888 16th Street N.W., Suite 500
202-857-1722     202-828-3345                                    Washington, DC  20006
*Telephone Number*   *Fax Number*
mfrancisco@mcguirewoods.com
          *E-Mail Address*                                       *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Elliott Broidy
Broidy Capital Management, LLC

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other:

**and designating as Local Counsel**

Lally, Kevin M.     of     McGuireWoods LLP
*Designee's Name (Last Name, First Name & Middle Initial)*         Wells Fargo Center, South Tower
226402     213-457-9862     213-457-9882                         355 S. Grand Ave., Suite 4200
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*       Los Angeles, CA 90071
klally@mcguirewoods.com
          *E-Mail Address*                                       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
              ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
              ☐ for failure to complete Application: _____
              ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
              ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
              ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

                                                 **U.S. District Judge/U.S. Magistrate Judge**