Name and address:

Brooks H. Spears
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mosafer Inc., et al.,<br><br>Plaintiff(s)<br>v.<br><br>Broidy, et al.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-06320-MCS-JC<br><br>X̶(̶P̶R̶O̶P̶O̶S̶E̶D̶)̶ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Spears, Brooks H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

703-712-5073       703-712-5190
*Telephone Number*      *Fax Number*

bspears@mcguirewoods.com
*E-Mail Address*

of McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: ____

and designating as Local Counsel

Lally, Kevin M.
*Designee's Name (Last Name, First Name & Middle Initial)*

226402       213-457-9862      213-457-9882
*Designee's Cal. Bar No.*   *Telephone Number*  *Fax Number*

klally@mcguirewoods.com
*E-Mail Address*

of McGuireWoods LLP
Wells Fargo Center, South Tower
355 S. Grand Ave., Suite 4200
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid ☐ be refunded ☐ not be refunded.

Dated  September 17, 2021

/s/ Mark C. Scarsi
U.S. District Judge/U̶.̶S̶.̶ ̶M̶a̶g̶i̶s̶t̶r̶a̶t̶e̶ ̶J̶u̶d̶g̶e̶