Name and address:

George J. Terwilliger, III
McGuireWoods LLP
888 16th Street N.W., Suite 500
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Mosafer Inc., et al., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-06320-MCS-JC |
| v. | |
| Broidy, et al., | X(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Terwilliger, III, George J.       of    McGuireWoods LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*       888 16th Street N.W., Suite 500
202-857-2473           202-828-2965           Washington, DC 20006
*Telephone Number*    *Fax Number*
gterwilliger@mcguirewoods.com
*E-Mail Address*                                *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Elliott Broidy
Broidy Capital Management, LLC

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel
Lally, Kevin M.                    of    McGuireWoods LLP
*Designee's Name (Last Name, First Name & Middle Initial)*       Wells Fargo Center, South Tower
226402      213-457-9862      213-457-9882       355 S. Grand Ave., Suite 4200
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*   Los Angeles, CA 90071
klally@mcguirewoods.com
*E-Mail Address*                                *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☒ not be refunded.

Dated    September 17, 2021                                  /s/ Mark C. Scarsi
                                                             U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    X(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1