Name and address:

Michael Francisco
McGuireWoods LLP
888 16th Street N.W., Suite 500
Washington, DC 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mosafer Inc., et al., <br><br> v. <br><br> Broidy, et al., <br><br>         Plaintiff(s) <br><br>         Defendant(s). | CASE NUMBER <br> 2:21-cv-06320-MCS-JC <br><br> (~~PROPOSED~~) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Francisco, Michael   of   McGuireWoods LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*        888 16th Street N.W., Suite 500
202-857-1722       202-828-3345         Washington, DC 20006
*Telephone Number*    *Fax Number*
mfrancisco@mcguirewoods.com
*E-Mail Address*                           *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Elliott Broidy

Broidy Capital Management, LLC

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: ____

**and designating as Local Counsel**

Lally, Kevin M.   of   McGuireWoods LLP
*Designee's Name (Last Name, First Name & Middle Initial)*        Wells Fargo Center, South Tower
226402    213-457-9862    213-457-9882        355 S. Grand Ave., Suite 4200
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*        Los Angeles, CA 90071
klally@mcguirewoods.com
*E-Mail Address*                           *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: ____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.**

Dated   September 17, 2021

*/s/ Mark C. Scarsi*

U.S. District Judge/~~U.S. Magistrate Judge~~