**AKIN GUMP STRAUSS HAUER & FELD LLP**
HYONGSOON KIM (SBN 257019)
kimh@akingump.com
KELSEY MORRIS (SBN 277859)
kmorris@akingump.com
4 Park Plaza, Suite 1900
Irvine, CA  92614
Tel:  949-885-4100
Fax: 949-885-4101

**AKIN GUMP STRAUSS HAUER & FELD LLP**
LAUREN E. HUENNEKENS (328855)
lhuennekens@akingump.com
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067
Tel:  310-229-1000
Fax: 310-229-1001

Attorneys for Defendant
THE IRON GROUP INC. D/B/A IRONISTIC.COM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC.; MOSAFER ECON, INC.; AND GOMOSAFER,<br><br>Plaintiff,<br><br>v.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; AND JOHN DOES 1-100,<br><br>Defendants. | Case No. 2:21-cv-06320-MCS-JC<br><br>[Assigned to Hon. Mark C. Scarsi]<br><br>**DEFENDANT THE IRON GROUP INC.'S NOTICE OF INTERESTED PARTIES (L.R. 7.1-1) AND CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)** |

Pursuant to Rule 7.1-1 of the Local Rules of the Central District of California, the undersigned, counsel of record for Defendant The Iron Group Inc. d/b/a Ironistic.com ("Ironistic"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Plaintiff Mosafer Inc.;
- Plaintiff Mosafer E-Com, Inc.;
- Plaintiff GoMosafer;
- Defendant Elliot Broidy;
- Defendant George Nader;
- Defendant Broidy Capital Management, LLC;
- Defendant Circinus, LLC;
- Defendant, the Iron Group Inc. d/b/a Ironsitic.com;
- Defendant SCL Social Limited;
- Defendant Project Associates UK Ltd; and
- Defendant Matthew Atkinson.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Ironistic states that it is a Virginia corporation. Ironistic further certifies that it does not have a parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated: September 24, 2021

AKIN GUMP STRAUSS HAUER & FELD LLP

By   /s/ Hyongsoon Kim
         Hyongsoon Kim
         Kelsey Morris
         Lauren E. Huennekens

Attorneys for Defendant
The Iron Group Inc. d/b/a Ironistic.com

2

DEFENDANT THE IRON GROUP INC.'S NOTICE OF INTEREST PARTIES (L.R. 7.1-1)
AND CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)
Case No. 2:21-cv-06320-MCS-JC