1  Stephen G. Larson (SBN 145225)
   *slarson@ larsonllp.com*
2  Koren L. Bell (SBN 216684)
   *kbell@larsonllp.com*
3  Paul A. Rigali (SBN 262948)
   *prigali@larsonllp.com*
4  Jonathan D. Gershon (SBN 306979)
   jgershon@larsonllp.com
5  **LARSON LLP**
   555 South Flower Street, Suite 4400
6  Los Angeles, CA  90071
   Telephone:  213.436-4888
7  Facsimile:   213.623-2000

8  Attorneys for Plaintiffs
   MOSAFER INC.;
9  MOSAFER E-COM, INC.;
   AND GOMOSAFER

10

11                UNITED STATES DISTRICT COURT

12              CENTRAL DISTRICT OF CALIFORNIA

13                      WESTERN DIVISION

14

15  MOSAFER INC.; MOSAFER E-          CASE No. 2:21-cv-06320 MCS (JCx)
    COM, INC.; and GOMOSAFER,
16                                    **PROOF OF SERVICE OF**
                          Plaintiffs. **SUMMONS AND COMPLAINT ON**
17                                    **DEFENDANT SCL SOCIAL**
         vs.                          **LIMITED**
18
    ELLIOT BROIDY; GEORGE             Judge:  Hon.  Mark C. Scarsi
19  NADER; BROIDY CAPITAL             Courtroom:  7C
    MANAGEMENT, LLC;
20  CIRCINUS, LLC; THE IRON
    GROUP INC. D/B/A
21  IRONISTIC.COM; SCL SOCIAL
    LIMITED; PROJECT
22  ASSOCIATES UK LTD;
    MATTHEW ATKINSON; and
23  JOHN DOES 1-100,

24
                          Defendants.
25

26

27

28

─────────────────────────────────────────────
PROOF OF SERVICE OF SUMMONS AND COMPLAINT

F.P ref:  **QF-2021-010712**

T.A Ref:  2:21-cv-06320

### CERTIFICATE - ATTESTATION

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention**

**L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.**

**That the documents listed and attached to the Hague Request Form dated 01/09/2021**

**1) that the document has been served the (date) 16-09-2021**

**que le demande a ete executee          le (date)**

  **-at (place, street, number)   SCL SOCIAL LIMITED**

  **-a (localite, rue, numero)      4 Mount Ephraim Road, Tunbridge Wells, Kent TN1 1EE**

**- in one of the following methods authorised by article 5:**

**-dans une des formes suivantes prevues a l'article 5:**


a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the convention

selon les formes legales (article 5, alinea premier, lettre a)


  b) in accordance with the following particular method
  selon la forme particuliere suivante


c) by delivery to the addressee, who accepted it voluntarily

par remise simple


**The documents referred to in the request have been delivered to:**

**Documents were served to JOE LONGHURST at the company registered address given.**

**Les documents mentionnes dans la demande ont ete remis a:**

**- (identity and description of person) LIQUIDATOR**

**- (identite et qualite de la personne)**

  **- relationship to the addressee (family, business**
  **or other)**

  **- liens de parente de subordination ou autres**
  **avec**

  **le desinataire de l'acts**

F.P ref:  **QF-2021-010712**

T.A Ref:  2:21-cv-06320

2) that the document has not been served, by reason of the following facts:

que la demande n'a pas ete executee, en raison des faits suivants:

in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses details in the attached statement.

Conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint

Annexes

Documents returned

Pieces renvoyees

Done at London

fait a

in appropriate cases, documents

establishing the service:

le cas echeant, les documents

justicatifs de l'execution:



the **24-09-2021**

Signature and/or stamp:

Signature et/ou cachet:

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
## DEMANDE AUX FINS DE SIGNIFICATION OU DE NOTIFICATION À L'ÉTRANGER D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965.**
Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965.

| **Identity and address of the applicant** | **Address of receiving authority** |
|---|---|
| Identité et adresse du requérant | Adresse de l'autorité destinataire |
| Stephen G. Larson | For the attention of the Foreign Process Section |
| Koren L. Bell | Room E16 |
| Paul A. Rigali | Royal Courts of Justice |
| Jonathan D. Gershon | Strand |
| LARSON LLP | London WC2A 2LL |
| 555 South Flower Street, Suite 4400 | United Kingdom |
| Los Angeles, CA 90071 | |
| Tel: +1 213-436-4888 | |

**The undersigned applicant has the honour to transmit – in duplicate – the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.:**
Le requérant soussigné a l'honneur de faire parvenir – en double exemplaire – à l'autorité destinataire les documents ci-dessous énumérés, en la priant, conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, à savoir :

| **(identity and address)** |
|---|
| (identité et adresse) |
| SCL Social Limited |
| 4 Mount Ephraim Road |
| Tunbridge Wells |
| Kent, TN1 1EE |

| ☒ | a) | **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention\*** |
|---|---|---|
| | | selon les formes légales (article 5, alinéa premier, lettre a))\* |
| ☐ | b) | **in accordance with the following particular method (sub-paragraph b) of the first paragraph of Article 5)\*:** |
| | | selon la forme particulière suivante (article 5, alinéa premier, lettre b)\* : |
| | | ____ |
| ☐ | c) | **by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)\*** |
| | | le cas échéant, par remise simple (article 5, alinéa 2)\* |

**The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes\* - with the attached certificate.**
Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte - et de ses annexes\* - avec l'attestation ci-jointe.

*List of documents* / *Énumération des pièces*

| | | |
|---|---|---|
| • | 1. | Complaint |
| • | 2. | Summons |
| • | 3. | Civil Cover Sheet |
| • | 4. | Plaintiffs' Notice Of Interested Parties |
| • | 5. | Notice of Asignment |
| • | 6. | Notice to Parties of Court-Directed ADR Program |
| • | 7. | Notice to counsel re consent to proceed before a united states magistrate judge |
| • | 8. | 21 Day Summons Issued re Complaint |
| • | 9. | Notice of Counsel re Copyright and Trademark Reporting Requirements |
| • | 10. | Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi |

\*  if appropriate / s'il y a lieu

| **Done at** / Fait à Berlin, | **Signature and/or stamp** |
|---|---|
| **The /** le  1 September 2021 | *Inga Ludewig* |
| | Inga Ludewig |
| | Of Counsel |
| | Larson LLP |
| | Signature et / ou cachet |

# CERTIFICATE
## ATTESTATION

**The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,**
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served\***
    que la demande a été exécutée\*

| | |
|---|---|
| **— the (date)** / le (date)**:** | 1. Insert the date when the document was served |
| **— at (place, street, number):**<br>à (localité, rue, numéro) : | 2. Insert the place, street and number where the document was served |

| | |
|---|---|
| **— in one of the following methods authorised by Article 5:**<br>dans une des formes suivantes prévues à l'article 5 : | |
| ☐   *a)*   **in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention\***<br>     selon les formes légales (article 5, alinéa premier, lettre *a)*)\* | |
| ☐   *b)*   **in accordance with the following particular method\*:**<br>     selon la forme particulière suivante\* :<br>     _____ | |
| ☐   *c)*   **by delivery to the addressee, if he accepts it voluntarily\***<br>     par remise simple\* | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| | |
|---|---|
| **Identity and description of person:**<br>Identité et qualité de la personne : | 3. Insert the identity and description of the person who received the documents |
| **Relationship to the addressee (family, business or other):**<br>Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | 4. Insert the relationship to the addressee of the person who received the documents |

☐ **2. that the document has not been served, by reason of the following facts\*:**
    que la demande n'a pas été exécutée, en raison des faits suivants**\***:

| |
|---|
| 5. Insert facts/reasons why the document has not been served |

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint\*.

*Annexes / Annexes*

| | |
|---|---|
| **Documents returned:**<br>Pièces renvoyées : | Insert a list of the documents that are being returned |
| **In appropriate cases, documents establishing the service:**<br>Le cas échéant, les documents justificatifs de l'exécution :<br>  \* if appropriate / s'il y a lieu | Insert a list of the documents that establish that service has been effected |

| | |
|---|---|
| **Done at** / Fait à   Insert the location where you signed the Certificate<br><br>**The** / le   Insert the date on which you signed the Request (spelt out in full) | **Signature and/or stamp**<br><br>Signature et / ou cachet |

# WARNING
## AVERTISSEMENT

**Identity and address of the addressee**
Identité et adresse du destinataire
SCL Social Limited
4 Mount Ephraim Road
Tunbridge Wells
Kent, TN1 1EE

### IMPORTANT

**THE ENCLOSED DOCUMENT IS OF A LEGAL NATURE AND MAY AFFECT YOUR RIGHTS AND OBLIGATIONS. THE 'SUMMARY OF THE DOCUMENT TO BE SERVED' WILL GIVE YOU SOME INFORMATION ABOUT ITS NATURE AND PURPOSE. YOU SHOULD HOWEVER READ THE DOCUMENT ITSELF CAREFULLY. IT MAY BE NECESSARY TO SEEK LEGAL ADVICE.**

**IF YOUR FINANCIAL RESOURCES ARE INSUFFICIENT YOU SHOULD SEEK INFORMATION ON THE POSSIBILITY OF OBTAINING LEGAL AID OR ADVICE EITHER IN THE COUNTRY WHERE YOU LIVE OR IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED.**

**ENQUIRIES ABOUT THE AVAILABILITY OF LEGAL AID OR ADVICE IN THE COUNTRY WHERE THE DOCUMENT WAS ISSUED MAY BE DIRECTED TO:**

### TRÈS IMPORTANT

LE DOCUMENT CI-JOINT EST DE NATURE JURIDIQUE ET PEUT AFFECTER VOS DROITS ET OBLIGATIONS. LES « ÉLÉMENTS ESSENTIELS DE L'ACTE » VOUS DONNENT QUELQUES INFORMATIONS SUR SA NATURE ET SON OBJET. IL EST TOUTEFOIS INDISPENSABLE DE LIRE ATTENTIVEMENT LE TEXTE MÊME DU DOCUMENT. IL PEUT ÊTRE NÉCESSAIRE DE DEMANDER UN AVIS JURIDIQUE.

SI VOS RESSOURCES SONT INSUFFISANTES, RENSEIGNEZ-VOUS SUR LA POSSIBILITÉ D'OBTENIR L'ASSISTANCE JUDICIAIRE ET LA CONSULTATION JURIDIQUE, SOIT DANS VOTRE PAYS, SOIT DANS LE PAYS D'ORIGINE DU DOCUMENT.

LES DEMANDES DE RENSEIGNEMENTS SUR LES POSSIBILITÉS D'OBTENIR L'ASSISTANCE JUDICIAIRE OU LA CONSULTATION JURIDIQUE DANS LE PAYS D'ORIGINE DU DOCUMENT PEUVENT ÊTRE ADRESSÉES À :

The Law Society of England & Wales
The Law Society's Hall
113 Chancery Lane
London WC2A 1PL
https://www.lawsociety.org.uk/

**It is recommended that the standard terms in the notice be written in English and French and where appropriate also in the official language, or in one of the official languages of the State in which the document originated. The blanks could be completed either in the language of the State to which the document is to be sent, or in English or French.**

Il est recommandé que les mentions imprimées dans cette note soient rédigées en langue française et en langue anglaise et le cas échéant, en outre, dans la langue ou l'une des langues officielles de l'État d'origine de l'acte. Les blancs pourraient être remplis, soit dans la langue de l'État où le document doit être adressé, soit en langue française, soit en langue anglaise.

## SUMMARY OF THE DOCUMENT TO BE SERVED
### ÉLÉMENTS ESSENTIELS DE L'ACTE

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, signed at The Hague, the 15th of November 1965 (Article 5, fourth paragraph).**

Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye le 15 novembre 1965 (article 5, alinéa 4).

| | |
|---|---|
| **Name and address of the requesting authority:** <br> Nom et adresse de l'autorité requérante : | Stephen G. Larson <br> Koren L. Bell <br> Paul A. Rigali <br> Jonathan D. Gershon <br> LARSON LLP <br> 555 South Flower Street, Suite 4400 <br> Los Angeles, CA 90071 <br> Tel: +1 213-436-4888 |
| **Particulars of the parties*:** <br> Identité des parties* : | Mosafer Inc.; Mosafer E-Com, Inc.; and Gomosafer <br> vs. <br> Elliot Broidy; George Nader; Broidy Capital Management, LLC; Circinus, LLC; The Iron Group Inc. D/B/A Ironistic.Com; SCL Social Limited; Project Associates UK Ltd; Matthew Atkinson; and John Does <br> **(The address of each of the parties is specified in Attachment A of the Summons)** |

\* If appropriate, identity and address of the person interested in the transmission of the document
S'il y a lieu, identité et adresse de la personne intéressée à la transmission de l'acte

☒ **JUDICIAL DOCUMENT\*\***
ACTE JUDICIAIRE\*\*

| | |
|---|---|
| **Nature and purpose of the document:** <br> Nature et objet de l'acte : | Legal proceedings |
| **Nature and purpose of the proceedings and, when appropriate, the amount in dispute:** <br> Nature et objet de l'instance, le cas échéant, le montant du litige : | A legal complaint for: <br> (1) Violation of California Unfair Competition Law; <br> (2) Violation of California False Advertising Law; <br> (3) False Advertising in Violation of Section 43(a)(1)(B) of the Lanham Act; <br> (4) Trade Libel; and <br> (5) Negligence. <br><br> The action alleges that Mr. Elliot Broidy and Mr. George Nader illegally orchestrated and executed a sophisticated—and secret—assault against Qatar and Qatari businesses on behalf of the United Arab Emirates. As part of this unlawful scheme, Mr. Broidy and Mr. Nader are alleged to have conspired with Defendant SCL Social Limited to create social media and internet platform content which published disinformation regarding Qatar and Qatari businesses. <br><br> Plaintiffs request that the court enter judgment in their favor and against the defendants as follows: <br> 1. Compensatory damages in an amount to be proven at trial; <br> 2. Attorneys' fees and costs; <br> 3. Equitable relief including restitution and/or disgorgement of profits; <br> 4. Injunctive relief; and <br> 5. Any other relief that the Court may deem just and proper. |

| | |
|---|---|
| **Date and Place for entering appearance**:**<br>Date et lieu de la comparution** : | Within 21 days after service of the summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are indicated in the summons. |
| **Court which has given judgment**:**<br>Juridiction qui a rendu la décision** : | N/A |
| **Date of judgment**:**<br>Date de la décision** : | N/A |
| **Time limits stated in the document**:**<br>Indication des délais figurant dans l'acte** : | Within 21 days after service of the summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are indicated in the summons. |

** if appropriate / s'il y a lieu

☐ **EXTRAJUDICIAL DOCUMENT****
ACTE EXTRAJUDICIAIRE**

| | |
|---|---|
| **Nature and purpose of the document:**<br>Nature et objet de l'acte : | 11. Describe the nature and purpose of the document |
| **Time-limits stated in the document**:**<br>Indication des délais figurant dans l'acte** : | 12. Specify limits |

** if appropriate / s'il y a lieu