Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Koren L. Bell (SBN 216684)
kbell@larsonllp.com
Paul A. Rigali (SBN 262948)
prigali@larsonllp.com
Jonathan D. Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, CA  90071
Telephone:   213.436-4888
Facsimile:    213.623-2000

Attorneys for Plaintiffs
MOSAFER INC.;
MOSAFER E-COM, INC.;
AND GOMOSAFER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOSAFER INC.; MOSAFER E-COM, INC.; and GOMOSAFER,<br><br>Plaintiffs.<br><br>vs.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; and JOHN DOES 1-100,<br><br>Defendants. | CASE No. 2:21-cv-06320 MCS (JCx)<br><br>**STIPULATION RE: PROPOSED EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT AND BRIEFING SCHEDULE [L.R. 8-3]**<br><br>Judge:  Hon.  Mark C. Scarsi<br>Courtroom:  7C<br><br>Complaint Filed:  8/5/21<br>Atkinson Cur. Resp. Deadline:  9/20/21<br>Ironistic Cur. Resp. Deadline:  10/4/21<br>Nader Cur. Resp. Deadline:  11/1/21<br>Project Assoc. Resp. Deadline:  10/1/21<br><br>Prop. New Resp. Deadline:  1/10/22<br>Prop. New Opposition Deadline: 1/31/22<br>Prop. New Reply Deadline:  2/14/22<br>Prop. Hearing Date:  3/7/22 |

1  Plaintiffs Mosafer Inc., Mosafer-Ecom, Inc. and Gomosafer (collectively, the
2  "Plaintiffs") and Defendants The Iron Group Inc. d/b/a Ironistic.com ("Ironistic"),
3  George Nader, Project Associates UK Ltd, Matthew Atkinson (collectively,
4  "Defendants"), collectively referred to as the "Parties," hereby submit, through their
5  undersigned counsel of record, pursuant to Local Rule 8-3, the following Stipulation:
6  WHEREAS on August 5, 2021, Plaintiffs filed this action against Elliot Broidy,
7  George Nader, Broidy Capital Management, LLC, Circinus, LLC, Ironistic, SCL
8  Social Limited, Project Associates UK Ltd, Matthew Atkinson, and John Does 1-100
9  [Doc. 1];
10  WHEREAS, on August 30, 2021, defendant Matthew Atkinson was personally
11  served, thereby making his responsive pleading due September 20, 2021 [Doc. 20];
12  WHEREAS, Plaintiffs thereafter agreed to extend Mr. Atkinson's deadline to
13  respond to the Complaint so that he could retain counsel, which he has now done;
14  WHEREAS defendant Ironistic was served a copy of the Complaint and
15  Summons via substitute service on August 17, 2021, thereby making its responsive
16  pleading due September 7, 2021 [Doc. 17];
17  WHEREAS on September 3, 2021, Plaintiffs and Ironistic stipulated to
18  continue Ironistic's responsive pleading deadline to October 4, 2021 [Doc. 23];
19  WHEREAS on September 10, 2021, defendant Project Associates UK Ltd was
20  personally served, thereby making its responsive pleading due October 1, 2021;
21  WHEREAS on September 29, 2021, defendant Nader executed a Waiver of
22  Service of Summons, thereby making his responsive pleading deadline November 1,
23  2021 [Doc. 33];
24  WHEREAS, in an effort to conserve judicial resources and have this matter
25  proceed as efficiently as possible, the Parties have agreed to propose for the Court's
26  consideration consolidated responsive pleading deadlines and a consolidated briefing
27  and hearing schedule for any responsive motions;
28

1   WHEREAS, Plaintiffs' counsel are unavailable starting November 16, 2021 due
2   to a federal criminal trial in Boston, *U.S. v. Ernst et al.*, 19-CR-10081-IT, which is
3   anticipated to consume most of December;

4   WHEREAS, due to other litigation conflicts, Defendant Project Associates UK
5   Ltd's counsel is unavailable from January 24, 2022 to February 4, 2022;

6   WHEREAS, due to other litigation conflicts, Defendant Nader's counsel is
7   unavailable from January 31, 2022 to February 8, 2022;

8   WHEREAS, due to other litigation conflicts, Defendant Ironistic's counsel is
9   unavailable from February 9, 2022 to February 28, 2022;

10  WHEREAS, after meeting and conferring regarding scheduling conflicts, the
11  Parties have agreed to propose to extend Defendants' responsive pleading deadline to
12  January 10, 2022;

13  WHEREAS, after meeting and conferring regarding scheduling conflicts, the
14  Parties further agreed to propose for the Court's consideration the following schedule
15  in the event that any of the Defendants file a Motion: Plaintiff's Opposition shall be
16  due by January 31, 2022, Defendants' Reply shall be due on February 14, 2022, and
17  any hearing on the Motion shall be heard on March 7, 2022.

18  THEREFORE, the Parties jointly respectfully request that the Court enter the
19  following proposed schedule:

20  1.   Defendants shall file their responsive pleadings by January 10, 2022; and
21  2.   In the event that any of the Defendants file a Motion:
22  - Plaintiffs' Opposition shall be due by January 31, 2022;
23  - Defendants' Reply shall be due on February 14, 2022; and
24  - Any hearing on a Motion will be heard on March 7, 2022.

25  **IT IS SO STIPULATED.**

26

27  //

28

- 3 -

1  DATED: October 1, 2021                    LARSON LLP

2

3
                                              By: /s/ Stephen G. Larson[1]
4                                                  Stephen G. Larson
                                                   Koren L. Bell
5                                                  Paul A. Rigali
6                                                  Jonathan D. Gershon
                                                   Attorneys for Plaintiffs MOSAFER
7                                                  INC., MOSAFER E-COM, INC.,
8                                                  and GOMOSAFER

9  DATED: October 1, 2021                    AKIN GUMP STRAUSS
10                                            HAUER & FELD LLP

11

12
                                              By: /s/ Hyongsoon Kim
13                                                 Hyongsoon Kim
                                                   Kelsey Morris
14                                                 Attorneys for Defendant THE IRON
15                                                 GROUP INC. D/B/A IRONISTIC.COM

16

17 DATED: October 1, 2021                    KAISERDILLON PLLC

18

19
                                              By: /s/ Courtney Forrest
20                                                 Courtney Forrest
                                                   William Pittard
21                                                 Attorneys for Defendant GEORGE
22                                                 NADER

23

24

25

26 ─────────────────────

27 [1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have
28 authorized the filing.

- 4 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND SETTING BRIEFING SCHEDULE

1 | DATED: October 1, 2021                    HUESTON HENNIGAN LLP

2

3
                                              By: /s/ Moez M. Kaba
4                                                 Moez M. Kaba
                                                  Ashley Artmann
5                                                 Attorneys for Defendant PROJECT
                                                  ASSOCIATES UK LTD
6

7

8

9 | DATED: October 1, 2021                    BONALAW PC

10

11
                                              By: /s/ Aaron Gott
12                                                Aaron Gott
                                                  Attorneys for Defendant MATTHEW
13                                                ATKINSON

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28