McGuireWoods LLP
KEVIN M. LALLY (SBN 226402)
ABIGAIL G. URQUHART (SBN 310547)
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 457-9862
Facsimile: (213) 457-9882
E-Mail: klally@mcguirewoods.com
E-Mail: aurquhart@mcguirewoods.com

Attorneys for Defendants
Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC.; MOSAFER ECOM, INC.; AND GOMOSAFER,<br><br>          Plaintiffs,<br><br>     vs.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; AND JOHN DOES 1-100,<br><br>          Defendants. | Case No. 2:21-cv-06320-MCS-JC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: Aug. 12 and 26, 2021<br>Original Response Dates: Sept. 7, 13 & 16, 2021<br>Stipulated Response Date: Oct. 4, 2021<br>New Response Date: Oct. 7, 2021 |

-1-

This Stipulation is made by and between Plaintiffs Mosafer Inc., Mosafer-Ecom, Inc., and Gomosafer (collectively, the "Plaintiffs"), and Defendants Elliott Broidy ("Broidy"), Broidy Capital Management, LLC ("BCM"), and Circinus, LLC ("Circinus") (collectively, the "Broidy Defendants") collectively referred to as "parties", through their respective counsel and in light of the following facts:

## <u>RECITALS</u>

WHEREAS; on August 5, 2021, Plaintiffs filed this action against Broidy Defendants and the Iron Group Inc. d/b/a Ironistic.com ("Ironistic Defendant"), SCL Social Limited, Project Associates UK Ltd, Matthew Atkinson, George Nader, and John Does 1-100;

WHEREAS; Broidy was served a copy of the Complaint and Summons on or about August 16, 2021;

WHEREAS; BCM was served a copy of the Complaint and Summons on or about August 23, 2021;

WHEREAS: Circinus waived service on August 26, 2021;

WHEREAS; Broidy, BCM, and Circinus' current deadlines to respond to the Complaint are September 7, September 13, and September 16, 2021, respectively;

WHEREAS; on August 26, 2021, Broidy Defendants and Plaintiffs agreed to extend time to respond to the Complaint up to and including September 17, 2021. *See* Dkt. 16.

WHEREAS; on September 14, 2021, Broidy Defendants and Plaintiffs agreed to extend time to respond to the Complaint up to and including October 4, 2021. *See* Dkt. 25.

WHEREAS; Broidy Defendants, through counsel, have requested an additional extension of time to respond to the Complaint and Plaintiffs have agreed to this request.

WHEREAS; Plaintiffs, through counsel, have requested an extension of time to respond to any motions filed in response to the Complaint by Broidy Defendants.

## **STIPULATION**

THEREFORE, the parties agree through their respective attorneys to the following:

1.      Broidy Defendants' time to file a responsive pleading in this action shall be extended up to and including October 7, 2021.

2.      Plaintiffs' time to file a response to any motion Broidy Defendants file in response to the Complaint ("Plaintiffs' Opposition") in this action shall be extended up to and including October 28, 2021.

3.      Broidy Defendants' time to file a reply to Plaintiffs' Opposition in this action shall be extended up to and including November 11, 2021.

4.      This is the third extension of time to respond for Broidy Defendants and falls within 30 day cumulative extension period under Local Rule 8-3.

5.      This extension will not affect any other deadline in this case.

6.      This stipulation is without prejudice to the rights, claims, arguments, and defenses of all parties.

Dated: October 2, 2021                 Respectfully submitted,

                                        _s/ Abigail G. Urquhart_____
                                        Kevin M. Lally
                                        Abigail G. Urquhart
                                        MCGUIREWOODS LLP

                                        George J. Terwilliger III (*Pro Hac Vice
                                        Anticipated*)
                                        Michael Francisco (*Pro Hac Vice Anticipated*)
                                        MCGUIREWOODS LLP
                                        888 16th Street NW, Suite 500
                                        Black Lives Matter Plaza
                                        Washington, DC 20006
                                        Phone: (202) 857-1700
                                        Fax: (202) 857-1737
                                        gterwilliger@mcguirewoods.com
                                        mfrancisco@mcguirewoods.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Brooks H. Spears (*Pro Hac Vice Anticipated*)
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, VA 22102
Phone: (703) 712-5000
Fax: (703) 712-5050
bspears@mcguirewoods.com

**Attorneys for Defendants**
**ELLIOTT BROIDY; BROIDY CAPITAL**
**MANAGEMENT, LLC; CIRCINUS, LLC**

*s/ Stephen G. Larson*
Stephen G. Larson (SBN 145225)
slarson@ larsonllp.com
Koren L. Bell (SBN 216684)
kbell@larsonllp.com
Paul A. Rigali (SBN 262948)
prigali@larsonllp.com
Jonathan D. Gershon (SBN 306979)
jgershon@larsonllp.com
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: 213.436-4888
Facsimile: 213.623-2000

**Attorneys for Plaintiffs**
**MOSAFER INC.; MOSAFER E-COM,**
**INC.; AND GOMOSAFER**

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)
DEFENDANTS ELLIOTT BROIDY, BROIDY CAPITAL MANAGEMENT, LLC, AND CIRCINUS, LLC

**ATTESTATION**

I, Abigail Urquhart, counsel for Broidy Defendants, hereby attest, pursuant to Local Rule 5-4.3.4(a)(2)(i), that concurrence to the filing of this document has been obtained from each signatory hereto.

*s/ Abigail G. Urquhart*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I certify that, on October 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

*s/ Abigail G. Urquhart*