**DENIED**
BY ORDER OF THE COURT
Dated: 10/4/2021

*Mark C. Scarsi*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOSAFER INC.; MOSAFER E-COM, INC.; and GOMOSAFER,<br><br>Plaintiffs.<br><br>vs.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; and JOHN DOES 1-100,<br><br>Defendants. | CASE No. 2:21-cv-06320 MCS (JCx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND SETTING BRIEFING SCHEDULE [L.R. 8-3]**<br><br>Judge: Hon. Mark C. Scarsi<br>Courtroom: 7C |

**[PROPOSED] ORDER**

Based upon the stipulation between Plaintiffs Mosafer Inc., Mosafer-Ecom, Inc. and Gomosafer (collectively, the "Plaintiffs") and Defendants The Iron Group Inc. d/b/a Ironistic.com ("Ironistic"), George Nader, Project Associates UK Ltd, Matthew Atkinson (collectively, "Defendants"), and **GOOD CAUSE APPEARING** therefor,

**IT IS HEREBY ORDERED THAT**:

1. Defendants' responsive pleading deadline shall be extended to January 10, 2022.

2. In the event that any of the Defendants file a Motion, Plaintiffs' Opposition shall be due by January 31, 2022; Defendants' Reply shall be due on February 14, 2022; and any hearing on a Motion will be heard on March 7, 2022.

**IT IS SO ORDERED.**

DATED: _____

**DENIED**
BY ORDER OF THE COURT

Honorable Mark C. Scarsi
United States District Court Judge