Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Koren L. Bell (SBN 216684)
kbell@larsonllp.com
Paul A. Rigali (SBN 262948)
prigali@larsonllp.com
Jonathan D. Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: 213.436-4888
Facsimile: 213.623-2000

Attorneys for Plaintiffs
MOSAFER INC.;
MOSAFER E-COM, INC.;
AND GOMOSAFER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOSAFER INC.; MOSAFER E-COM, INC.; and GOMOSAFER,<br><br>Plaintiffs.<br><br>vs.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; and JOHN DOES 1-100,<br><br>Defendants. | CASE No. 2:21-cv-06320 MCS (JCx)<br><br>**STIPULATION RE: PROPOSED EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT AND BRIEFING SCHEDULE [L.R. 8-3]**<br><br>Judge: Hon. Mark C. Scarsi<br>Courtroom: 7C<br><br>Complaint Filed: 8/5/21<br>Atkinson Cur. Resp. Deadline: 9/20/21<br>Ironistic Cur. Resp. Deadline: 10/4/21<br>Nader Cur. Resp. Deadline: 11/1/21<br>Project Assoc. Resp. Deadline: 10/1/21<br><br>Prop. New Resp. Deadline: 1/10/22<br>Prop. New Opposition Deadline: 1/31/22<br>Prop. New Reply Deadline: 2/14/22<br>Prop. Hearing Date: 3/7/22 |

Plaintiffs Mosafer Inc., Mosafer-Ecom, Inc. and Gomosafer (collectively, the "Plaintiffs") and Defendants The Iron Group Inc. d/b/a Ironistic.com ("Ironistic"), George Nader, Project Associates UK Ltd, Matthew Atkinson (collectively, "Defendants"), collectively referred to as the "Parties," hereby submit, through their undersigned counsel of record, pursuant to Local Rule 8-3, the following Stipulation:

WHEREAS on August 5, 2021, Plaintiffs filed this action against Elliot Broidy, George Nader, Broidy Capital Management, LLC, Circinus, LLC, Ironistic, SCL Social Limited, Project Associates UK Ltd, Matthew Atkinson, and John Does 1-100 [Doc. 1];

WHEREAS, on August 30, 2021, defendant Matthew Atkinson was personally served, thereby making his responsive pleading due September 20, 2021 [Doc. 20];

WHEREAS, Plaintiffs thereafter agreed to extend Mr. Atkinson's deadline to respond to the Complaint so that he could retain counsel, which he has now done;

WHEREAS defendant Ironistic was served a copy of the Complaint and Summons via substitute service on August 17, 2021, thereby making its responsive pleading due September 7, 2021 [Doc. 17];

WHEREAS on September 3, 2021, Plaintiffs and Ironistic stipulated to continue Ironistic's responsive pleading deadline to October 4, 2021 [Doc. 23];

WHEREAS on September 10, 2021, defendant Project Associates UK Ltd was personally served, thereby making its responsive pleading due October 1, 2021;

WHEREAS on September 29, 2021, defendant Nader executed a Waiver of Service of Summons, thereby making his responsive pleading deadline November 1, 2021 [Doc. 33];

WHEREAS, in an effort to conserve judicial resources and have this matter proceed as efficiently as possible, the Parties have agreed to propose for the Court's consideration consolidated responsive pleading deadlines and a consolidated briefing

and hearing schedule for any responsive motions [Declaration of Koren Bell in support of Stipulation ("Bell Decl."), ¶ 9];

WHEREAS, Plaintiffs' counsel are unavailable starting November 16, 2021 due to a federal criminal trial in Boston, *U.S. v. Ernst et al.*, 19-CR-10081-IT, which is anticipated to consume most of December [Bell Decl., ¶ 12(a)];

WHEREAS, due to other litigation conflicts, Defendant Project Associates UK Ltd's counsel is unavailable from January 24, 2022 to February 4, 2022 [Bell Decl., ¶ 12(b)];

WHEREAS, due to other litigation conflicts, Defendant Nader's counsel is unavailable from January 31, 2022 to February 8, 2022 [Bell Decl., ¶ 12(c)];

WHEREAS, due to other litigation conflicts, Defendant Ironistic's counsel is unavailable from February 9, 2022 to February 28, 2022 [Bell Decl., ¶ 12(d)];

WHEREAS, after meeting and conferring regarding scheduling conflicts, the Parties have agreed to propose to extend Defendants' responsive pleading deadline to January 10, 2022 [Bell Decl., ¶ 13];

WHEREAS, after meeting and conferring regarding scheduling conflicts, the Parties further agreed to propose for the Court's consideration the following schedule in the event that any of the Defendants file a Motion: Plaintiff's Opposition shall be due by January 31, 2022, Defendants' Reply shall be due on February 14, 2022, and any hearing on the Motion shall be heard on March 7, 2022 [Bell Decl., ¶ 13].

WHEREAS, the Parties previously prepared and filed a stipulation with this proposed schedule on October 1, 2021 [Doc. 36];

WHEREAS, the previously submitted Stipulation was denied by the Court on October 4, 2021 [Doc. 38];

WHEREAS, the Parties believe the prior stipulation may have been denied because it was not supported by a Declaration and thus respectfully resubmit the Stipulation with an accompanying declaration from Plaintiffs' counsel [Bell Decl., ¶ 4].

THEREFORE, the Parties jointly respectfully request that the Court enter the following proposed schedule:

1. Defendants shall file their responsive pleadings by January 10, 2022; and

2. In the event that any of the Defendants file a Motion:

- Plaintiffs' Opposition shall be due by January 31, 2022;
- Defendants' Reply shall be due on February 14, 2022; and
- Any hearing on a Motion will be heard on March 7, 2022.

**IT IS SO STIPULATED.**

DATED: October 4, 2021                    LARSON LLP

By: /s/ Koren L. Bell[1]
   Stephen G. Larson
   Koren L. Bell
   Paul A. Rigali
   Jonathan D. Gershon
   Attorneys for Plaintiffs MOSAFER INC., MOSAFER E-COM, INC., and GOMOSAFER

DATED: October 4, 2021                    AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Hyongsoon Kim
   Hyongsoon Kim
   Kelsey Morris
   Attorneys for Defendant THE IRON GROUP INC. D/B/A IRONISTIC.COM

//
//

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| 1 | DATED:  October 4, 2021 | KAISERDILLON PLLC |
| 2 | | |
| 3 | | By:  /s/ Courtney Forrest |
| | | Courtney Forrest |
| 4 | | William Pittard |
| 5 | | Attorneys for Defendant GEORGE NADER |
| 6 | | |
| 7 | DATED:  October 4, 2021 | HUESTON HENNIGAN LLP |
| 8 | | By:  /s/ Moez M. Kaba |
| | | Moez M. Kaba |
| 9 | | Ashley Artmann |
| 10 | | Attorneys for Defendant PROJECT ASSOCIATES UK LTD |
| 11 | | |
| 12 | | |
| 13 | DATED:  October 4, 2021 | BONALAW PC |
| 14 | | By:  /s/ Aaron Gott |
| 15 | | Aaron Gott |
| 16 | | Attorneys for Defendant MATTHEW ATKINSON |

- 5 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND SETTING BRIEFING SCHEDULE