Stephen G. Larson (SBN 145225)
*slarson@larsonllp.com*
Koren L. Bell (SBN 216684)
*kbell@larsonllp.com*
Paul A. Rigali (SBN 262948)
*prigali@larsonllp.com*
Jonathan D. Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, CA  90071
Telephone:  213.436-4888
Facsimile:   213.623-2000

Attorneys for Plaintiffs
MOSAFER INC.;
MOSAFER E-COM, INC.;
AND GOMOSAFER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOSAFER INC.; MOSAFER E-COM, INC.; and GOMOSAFER,<br><br>Plaintiffs.<br><br>vs.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; and JOHN DOES 1-100,<br><br>Defendants. | CASE No. 2:21-cv-06320 MCS (JCx)<br><br>**DECLARATION OF KOREN L BELL IN SUPPORT OF STIPULATION RE: PROPOSED EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT AND BRIEFING SCHEDULE**<br><br>Judge: Hon. Mark C. Scarsi<br>Courtroom: 7C<br><br>Complaint Filed:  8/5/21<br>Atkinson Cur. Resp. Deadline:  9/20/21<br>Ironistic Cur. Resp. Deadline:  10/4/21<br>Nader Cur. Resp. Deadline:  11/1/21<br>Project Assoc. Resp. Deadline:  10/1/21<br><br>Prop. New Resp. Deadline:  1/10/22<br>Prop. New Opposition Deadline: 1/31/22<br>Prop. New Reply Deadline:  2/14/22<br>Prop. Hearing Date:  3/7/22 |

## DECLARATION OF KOREN L. BELL

I, Koren L. Bell, declare and state as follows:

1. I am an attorney licensed to practice law before this Court and am a partner at the law firm of Larson LLP, attorneys Plaintiffs Mosafer Inc., Mosafer-Ecom, Inc. and Gomosafer (collectively, the "Plaintiffs") in the above-captioned matter.

2. I respectfully submit this declaration in support of the Plaintiffs' and Defendants' Nader, Ironistic, Project Associates UK Ltd, and Matthew Atkinson's (the "Parties'") concurrently filed Stipulation Re: Proposed Extension Of Time To Respond To Initial Complaint And Briefing Schedule and to provide further explanation of good cause for the same.

3. The Parties previously prepared and filed a stipulation with the same content on October 1, 2021 [Doc. 36].

4. This Stipulation was denied by the Court on October 4, 2021 [Doc. 38]. The Parties hereby resubmit the Stipulation with this Declaration for the Court's consideration based on their understanding that the prior stipulation may have been denied because it lacked a Declaration setting forth good cause.

5. On August 5, 2021, Plaintiffs filed this action against Elliot Broidy, George Nader, Broidy Capital Management, LLC, Circinus, LLC, Ironistic, SCL Social Limited, Project Associates UK Ltd, Matthew Atkinson, and John Does 1-100 [Doc. 1].

6. On August 30, 2021, defendant Matthew Atkinson was personally served, thereby making his responsive pleading due September 20, 2021 [Doc. 20]. Plaintiffs thereafter agreed to extend Mr. Atkinson's deadline to respond to the Complaint so that he could retain counsel, which he has now done.

7. Defendant Ironistic was served a copy of the Complaint and Summons via substitute service on August 17, 2021, thereby making its responsive pleading due September 7, 2021 [Doc. 17].

8. On September 3, 2021, Plaintiffs and Ironistic stipulated to continue Ironistic's responsive pleading deadline to October 4, 2021 [Doc. 23].

9. On September 10, 2021, defendant Project Associates UK Ltd was personally served, thereby making its responsive pleading due October 1, 2021.

10. On September 29, 2021, defendant Nader executed a Waiver of Service of Summons, thereby making his responsive pleading deadline November 1, 2021 [Doc. 33].

11. The Parties believe that good cause exists for a consolidated responsive pleading deadlines and a consolidated briefing and hearing schedule for any responsive motions because it would be more efficient and would conserve judicial resources.

12. Moreover, the Parties believe that there is good cause for the specific schedule proposed because these dates take into account the following litigation conflicts of Plaintiffs' counsel and Defendants' counsel, and the respective parties' consequent need for additional time to complete the anticipated briefing (and any hearing) in this matter:

(a) Plaintiffs' counsel are unavailable starting November 16, 2021 due to a federal criminal trial in Boston, *United States v. Ernst et al.*, 19-CR-10081-IT, which is anticipated to consume most of December.

(b) Defendant Project Associates UK Ltd.'s counsel has informed me that they are unavailable from January 24, 2022 to February 4, 2022 due to a trial in the matter of *KT4 et al. v. Palantir Tech. et al.*, N17C-12-212 EMD (pending in Delaware).

(c) Defendant Nader's counsel has informed me that they are unavailable from January 31, 2022 to February 8, 2022 due to an evidentiary hearing and sentencing in *United States v. Raymond*, No. 21-CR-380 (D.D.C.).

- 3 -

DECLARATION OF KOREN L BELL IN SUPPORT OF STIPULATION RE: PROPOSED EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT AND BRIEFING SCHEDULE

(d) Defendant Ironistic's counsel has informed me that they are unavailable from February 8, 2022 to February 28, 2022 due to a trial in *Koenig v. Vizio*, pending in Los Angeles Superior Court.

13. After meeting and conferring regarding these scheduling conflicts, the Parties agreed to propose for the Court's consideration a continuance of Defendants' responsive pleading deadline to January 10, 2022, and in the event that any of the Defendants file a Motion, as each of the Defendants have indicated that they anticipate doing, the following briefing and hearing schedule:

- Plaintiffs' Opposition shall be due by January 31, 2022;
- Defendants' Replies shall be due on February 14, 2022; and
- Any hearing on a Motion will be heard on March 7, 2022.

14. Based on the foregoing, the Parties respectfully submit that there is good cause for the Court to grant the proposed schedule.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 4th day of October, 2021, at Los Angeles, California.

/s/ *Koren L. Bell*
Koren L. Bell

DECLARATION OF KOREN L BELL IN SUPPORT OF STIPULATION RE: PROPOSED EXTENSION OF TIME TO RESPOND TO INITIAL COMPLAINT AND BRIEFING SCHEDULE