McGUIREWOODS LLP
KEVIN M. LALLY (SBN 226402)
ABIGAIL G. URQUHART (SBN 310547)
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 457-9862
E-Mail: klally@mcguirewoods.com
E-Mail: aurquhart@mcguirewoods.com

GEORGE J. TERWILLIGER III (*Pro Hac Vice*)
MICHAEL FRANCISCO (*Pro Hac Vice*)
888 16th Street NW, Suite 500
Washington, DC 20006
Telephone: (202) 857-1700
E-Mail: gterwilliger@mcguirewoods.com
E-Mail: mfrancisco@mcguirewoods.com

BROOKS H. SPEARS (*Pro Hac Vice*)
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102
Telephone: (703) 712-5000
E-Mail: bspears@mcguirewoods.com

Attorneys for Defendants and Counterclaim-Plaintiffs
Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC.; MOSAFER ECOM, INC.; and GOMOSAFER,<br><br>    Plaintiffs,<br>vs.<br><br>ELLIOTT BROIDY; *et al.*,<br><br>    Defendants. | CASE NO. 2:21-cv-06320-MCS-JC<br><br>**BROIDY DEFENDANTS' NOTICE OF INTERESTED PARTIES (L.R. 7.1-1) AND CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)** |
| AND RELATED COUNTERCLAIM | |

-2-

Pursuant to Rule 7.1-1 of the Local Rules of the Central District of California, the undersigned, counsel of record for Defendants Elliott Broidy ("Broidy"), Broidy Capital Management, LLC ("BCM"), and Circinus, LLC ("Circinus"), certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Mosafer Inc.;
- Mosafer E-Com, Inc.;
- GoMosafer;
- Elliott Broidy;
- George Nader;
- Broidy Capital Management, LLC;
- Circinus, LLC;
- Iron Group Inc. d/b/a Ironistic.com;
- SCL Social Limited;
- Project Associates UK Ltd;
- Matthew Atkinson;
- State of Qatar;
- Ashraf Abu Issa;
- Nabil Abu Issa; and
- Abu Issa Holding WLL.

///
///
///
///
///
///

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

- BCM certifies that is has no parent corporation and that no publicly held corporation owns 10% or more of any BCM stock.
- Circinus certifies that is has no parent corporation and that no publicly held corporation owns 10% or more of any Circinus stock.

Dated: October 7, 2021  MCGUIREWOODS LLP

By: *s/ Kevin M. Lally*
Kevin M. Lally
Abigail G. Urquhart

-and-

George J. Terwilliger III (*Pro Hac Vice*)
Michael Francisco (*Pro Hac Vice*)
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
Telephone: (202) 857-1700
Facsimile: (202) 857-1737
E-Mail: gterwilliger@mcguirewoods.com
E-Mail: mfrancisco@mcguirewoods.com

-and-

Brooks H. Spears (*Pro Hac Vice*)
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
E-Mail: bspears@mcguirewoods.com

Attorneys for ELLIOTT BROIDY
BROIDY CAPITAL MANAGEMENT, LLC
CIRCINUS, LLC

**CERTIFICATE OF SERVICE**

 I certify that, on October 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

<u>*s/ Kevin M. Lally*</u>
Kevin M. Lally