Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Koren L. Bell (SBN 268614)
kbell@larsonllp.com
Paul A. Rigali (SBN 262948)
prigali@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Plaintiffs MOSAFER INC.;
MOSAFER E-COM, INC. and
GOMOSAFER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOSAFER INC.; MOSAFER ECON, INC.; AND GOMOSAFER,<br><br>Plaintiffs,<br><br>v.<br><br>ELLIOTT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; AND JOHN DOES 1-100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-06320-MCS-JC<br><br>[Assigned to Hon. Mark C. Scarsi]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Counterclaim filed:     Oct. 7, 2021<br>Current Response Due: Oct. 28, 2021<br>New Response Due:    Nov. 18, 2021 |

Counterclaim-Defendants Mosafer Inc., Mosafer-Ecom, Inc. and Gomosafer ("Counterclaim-Defendants") and Counterclaimants Plaintiffs Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC, (together "Counterclaimants") (collectively referred to as the "Parties,") through their respective counsel, submit the following stipulation under Local Rule 8-3:

WHEREAS on August 5, 2021, the Mosafer Inc., Mosafer-Ecom, Inc. and Gomosafer, filed this action against Defendants Elliott Broidy, George Nader, Broidy Capital Management, LLC, Circinus, LLC, Ironistic, SCL Social Limited, Project Associates UK Ltd, Matthew Atkinson, and John Does 1-100 [Doc. 1];

WHEREAS on October 7, 2021, the Counterclaimants filed Counterclaims against Mosafer Inc., Mosafer-Ecom, Inc., Gomosafer, Abu Issa Holdings, Ashraf Abu Issa, and Nabil Abu Issa, and the State of Qatar [Doc. 45];

WHEREAS, on October 7, 2021, the Counterclaim was electronically served on Mosafer Inc., Mosafer-Ecom, Inc. and Gomosafer and thus their responsive pleading deadline is currently October 28, 2021;

WHEREAS Abu Issa Holdings, Ashraf Abu Issa, and Nabil Abu Issa have agreed to return a Notice of Acknowledgement of Service on October 28, 2021 which will make their responsive pleading due on November 18, 2021;

WHEREAS, in order to consolidate the responsive pleading deadlines of Mosafer Inc., Mosafer-Ecom, Inc. and Gomosafer with the responsive pleading deadlines of Abu Issa Holdings, Ashraf Abu Issa, and Nabil Abu Issa, the Parties have agreed to a 21 day extension of Mosafer Inc., Mosafer-Ecom, Inc. and Gomosafer's responsive pleading deadline to November 18, 2021.

WHEREAS, this is the first extension requested of Mosafer Inc., Mosafer-Ecom, Inc. and Gomosafer's responsive pleading deadline;

THEREFORE, the Parties agree, through their respective attorneys to the following that Mosafer Inc., Mosafer-Ecom, Inc. and Gomosafer's responsive pleading deadline shall be continued 21 days to November 18, 2021.

**IT IS SO STIPULATED.**

DATED:  October 22, 2021                              LARSON LLP

                                                     By: /s/ Stephen G. Larson[1]
                                                         Stephen G. Larson
                                                         Koren L. Bell
                                                         Paul A. Rigali
                                                         Jonathan D. Gershon Attorneys for Plaintiffs and Counterclaim Defendants MOSAFER INC.; MOSAFER E-COM, INC.; GOMOSAFER; ABU ISSA HOLDINGS; ASHRAF ABU ISSA; and NABIL ABU ISSA

DATED:  October 22, 2021                              MCGUIREWOODS LLP

                                                     By: /s/ Michael Francisco
                                                         Kevin M. Lally
                                                         Abigail G. Urquhart
                                                         George J. Terwilliger III (*Pro Hac Vice*)
                                                         Michael Francisco (*Pro Hac Vice*
                                                         Attorneys for Defendants and Counterclaim Plaintiffs ELLIOTT BROIDY; BROIDY CAPITAL MANAGEMENT, LLC; and CIRCINUS, LLC

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.