# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC. , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>ELLIOTT BROIDY , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:21−cv−06320−MCS−JC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 10/28/21 | 54; 55 | Request for Summons |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Filer altered summons as to 60 days. 60 days summons is ONLY for US Federal entities, of which none of the counterdefendants are... Foreign Countries and Foreign entities are not applicable.

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

Clerk, U.S. District Court

Date: October 29, 2021     By: /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

− NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS −