1  John Antoni, Esq., SBN 163738
   ANTONI ALBUS, LLP
2  11836 W. Pico Boulevard
3  Los Angeles, California 90064
   Tel.: (310) 954-8020
4  Facsimile: (310) 954-8988
   Email: Antoni@aallp.net
5
6  Attorneys for Defendant George Nader

7

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11

| 12 | MOSAFER INC.; MOSAFER E-COM, INC.; AND GOMOSAFER | CASE NO.: 2:21-cv-06320-MCS-JC |
|---|---|---|
| 13 | | |
| 14 | Plaintiffs, | **DEFENDANT GEORGE NADER'S NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** |
| 15 | v. | |
| 16 | ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A/ IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; AND JOHN DOES 1-100, | |
| 21 | Defendants. | |

Pursuant to Rule 7.1-1 of the Local Rules of the Central District of California, the undersigned, counsel of record for Defendant George Nader, certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Mosafer Inc.;
- Mosafer E-Com, Inc.;
- GoMosafer;
- Elliott Broidy;
- George Nader;
- Broidy Capital Management, LLC;
- Circinus, LLC;
- Iron Group Inc. d/b/a Ironistic.com;
- SCL Social Limited;
- Project Associates UK Ltd;
- Matthew Atkinson

Dated:  November 1, 2021        ANTONI ALBUS, LLP

By:   /s/ *John Antoni*
John Antoni, Esq. (SBN 163738)
11836 W. Pico Boulevard
Los Angeles, CA 90064
Telephone: (310) 954-8020
Facsimile: (310) 954-8988
Email: Antoni@aallp.net

Attorneys for Defendant George Nader

**CERTIFICATE OF SERVICE**

    I certify that, on November 1, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

                                    /s/ *John Antoni*