Stephen G. Larson (SBN 145225)
Koren L. Bell (SBN 216684); Paul A. Rigali (SBN 262948)
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC.; MOSAFER E-COM, INC.; AND GOMOSAFER <br><br> Plaintiff(s), <br><br> v. <br><br> ELLIOT BROIDY, ET AL. <br><br> Defendant(s). | CASE NUMBER <br><br> 2:21-cv-06320-MCS-JC <br><br><br> **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |

PLEASE TAKE NOTICE: (*Check one*)

☐  This action is dismissed by the Plaintiff(s) in its entirety.

☐  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐  The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑  **ONLY** Defendant(s) MATTHEW ATKINSON _____

_____
is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by PLAINTIFFS MOSAFER INC.; MOSAFER E-COM, INC.; AND GOMOSAFER .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


November 2, 2021 _____          /s/ Stephen G. Larson _____
*Date*                                             *Signature of Attorney/Party*


*NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*