Stephen G. Larson (SBN 145225)
Koren L. Bell (SBN 216684); Paul A. Rigali (SBN 262948)
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC.; MOSAFER E-COM, INC.; AND GOMOSAFER<br><br>Plaintiff(s),<br><br>v.<br><br>ELLIOT BROIDY, ET AL.<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-cv-06320-MCS-JC<br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☒ **ONLY** Defendant(s) PROJECT ASSOCIATES UK LTD _____

is/are dismissed from (*check one*) ☒ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by PLAINTIFFS MOSAFER INC.; MOSAFER E-COM, INC.; AND GOMOSAFER.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

November 2, 2021                              /s/ Stephen G. Larson
       *Date*                                          *Signature of Attorney/Party*

NOTE:   ***F.R.Civ.P. 41(a):** This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

    ***F.R.Civ.P. 41(c):** Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*