McGuireWoods LLP
KEVIN M. LALLY (SBN 226402)
ABIGAIL G. URQUHART (SBN 310547)
355 S. Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 457-9862
E-Mail: klally@mcguirewoods.com
E-Mail: aurquhart@mcguirewoods.com

GEORGE J. TERWILLIGER III (*Pro Hac Vice*)
MICHAEL FRANCISCO (*Pro Hac Vice*)
888 16th Street NW, Suite 500
Washington, DC 20006
Telephone: (202) 857-1700
E-Mail: gterwilliger@mcguirewoods.com
E-Mail: mfrancisco@mcguirewoods.com

BROOKS H. SPEARS (*Pro Hac Vice*)
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102
Telephone: (703) 712-5000
E-Mail: bspears@mcguirewoods.com

Attorneys for Defendants and Counterclaim-Plaintiffs
Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC.; MOSAFER ECOM, INC.; and GOMOSAFER,<br><br>Plaintiffs,<br><br>vs.<br><br>ELLIOTT BROIDY; *et al.*,<br><br>Defendants. | CASE NO. 2:21-cv-06320-MCS-JC<br><br>**BROIDY DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS'** *EX PARTE* **MOTION FOR ISSUANCE OF SUMMONS TO COUNTERCLAIM-DEFENDANT STATE OF QATAR** |
| AND RELATED COUNTERCLAIM. | |

**BROIDY DEFENDANTS AND COUNTERCLAIM PLAINTIFFS'**
***EX PARTE* MOTION FOR ISSUANCE OF SUMMONS TO COUNTERCLAIM-DEFENDANT STATE OF QATAR**

Defendants and Counterclaim Plaintiffs' Elliott Broidy ("Broidy"), Broidy Capital Management, LLC ("BCM"), and Circinus, LLC ("Circinus") (collectively, the "Broidy Defendants"), pursuant to the Court's Minute Order of November 1, 2021, provide the following statement regarding the request for a summons directed to Counterclaim-Defendant State of Qatar:

1. On October 7, 2021, the Broidy Defendants filed a counterclaim against multiple parties, including the State of Qatar.

2. On October 25, 2021, counsel for the Broidy Defendants met and conferred with counsel for the State of Qatar in a separate action to request a special arrangement for service pursuant to 28 U.S.C. § 1608(a)(1). Counsel for the State of Qatar in that action denied that request. We have been unable to identify who represents the State of Qatar in the above-captioned action.

3. Moreover, the State of Qatar is not party to any applicable international convention on service of judicial documents that would permit service under 28 U.S.C. § 1608(a)(2).

4. Thus, the Broidy Defendants are attempting service under 28 U.S.C. § 1608(a)(3) "by sending a copy of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of [Qatar]."

5. Accordingly, on October 28, 2021, the Broidy Defendants requested a summons directed to the State of Qatar. *See* Dkt. No. 54. The proposed summons included a 60-day response deadline, pursuant to 28 U.S.C. § 1608(d). That statute provides: "In any action brought in a court of the United States or of a State, a

foreign state . . . shall serve an answer or other responsive pleading to the complaint within sixty days after service has been made under this section." 28 U.S.C. § 1608(d).

6. On October 29, 2021, the Clerk of Court rejected the Broidy Defendants' request, because: "[The Broidy Defendants] altered summons as to 60 days. . . . Foreign Countries and Foreign entities are not applicable."  Dkt. No. 56. The Clerk instructed the Broidy Defendants to "correct the defect and re-file your summons request."  *Id.*

7. Pursuant to the Clerk's instruction, the Broidy Defendants re-filed their summons request with a 21-day deadline.  *See* Dkt. No. 57.

8. On November 1, 2021,[1] the Court rejected the Broidy Defendants' request for the summons to the State of Qatar with the 21-day deadline.  *See* Dkt. No. 59.  In its Minute Order, the Court directed the Broidy Defendants to seek relief "if any of the service methods in 28 U.S.C. § 1608(a)(1)[-](3) are insufficient."  *Id.*

9. Pursuant to the Court's directive, the Broidy Defendants state that service under § 1608(a)(1)-(2) cannot be effectuated for the reasons discussed above.

10. Rather, the Broidy Defendants seek to effectuate service through § 1608(a)(3), not § 1608(a)(4).

11. The Broidy Defendants believe that a summons requiring the State of Qatar to respond to the counterclaim within 21 days may be appropriate based on

---

[1] Separately, the Court also rejected the Broidy Defendants' unrelated requests for summonses to be issued to Counterclaim-Defendants Abu Issa Holding WLL, Ashraf Abu Issa, and Nabil Abu Issa.  *See* Dkt. Nos. 55, 58.  Notably, counsel for these Counterclaim-Defendants has already agreed to accept service of the summonses through a Notice of Acknowledgement of Service.  *See* Dkt. No. 52. The Broidy Defendants therefore respectfully request that the Court reconsider its rejection of these requests for summonses at Dkt. No. 55.

the summons that the Clerk issued in the prior case of *Broidy Capital Mgmt., LLC, et al. v. State of Qatar, et al.*, 2:18CV2421, Dkt. No. 9, which included a 21-day response deadline.

WHEREFORE, the Broidy Defendants request that the Court direct the Clerk of Court to issue either the summons requested at Dkt. No. 54 or the summons requested at Dkt. No. 57, as the Court deems appropriate.

Dated: November 2, 2021           Respectfully submitted,

MCGUIREWOODS LLP

By:   *s/ Kevin M. Lally*
Kevin M. Lally
Abigail G. Urquhart

-and-

George J. Terwilliger III (*Pro Hac Vice*)
Michael Francisco (*Pro Hac Vice*)
MCGUIREWOODS LLP
888 16th Street NW, Suite 500
Washington, DC 20006
Telephone: (202) 857-1700
Facsimile: (202) 857-1737
E-Mail: gterwilliger@mcguirewoods.com
E-Mail: mfrancisco@mcguirewoods.com

-and-

Brooks H. Spears (*Pro Hac Vice*)
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102
Telephone: (703) 712-5000
Facsimile:  (703) 712-5050
E-Mail: bspears@mcguirewoods.com

Attorneys for Defendants and Counterclaim-Plaintiffs Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC

## CERTIFICATE OF SERVICE

I certify that, on November 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

*s/ Kevin M. Lally*
Kevin M. Lally