1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                         CENTRAL DISTRICT OF CALIFORNIA

8

9    MOSAFER INC.; MOSAFER ECOM,          CASE NO. 2:21-cv-06320-MCS-JC
10   INC.; and GOMOSAFER,
                                          **[PROPOSED] ORDER
11            Plaintiffs,                 GRANTING BROIDY
          vs.                             DEFENDANTS AND
12                                        COUNTERCLAIM-PLAINTIFFS'
13   ELLIOTT BROIDY; *et al.*,            *EX PARTE* MOTION FOR
                                          ISSUANCE OF SUMMONS TO
14            Defendants.                 COUNTERCLAIM-DEFENDANT
                                          STATE OF QATAR**
15

16
     AND RELATED COUNTERCLAIM.
17

18

19

20

21

22

23

24

25

26

27

28

---

[PROPOSED ORDER]

The Court has considered Defendants and Counterclaim-Plaintiffs Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC's (collectively, the "Broidy Defendants") *Ex Parte Motion* to direct the Clerk of the Court to issue either the Summons requested at Dkt. No. 54 or the Summons requested at Dkt. No. 57.

Having considered the Motion, the Court finds good cause appearing therein, and hereby **ORDERS AS FOLLOWS**:

The Court directs the Clerk of the Court to issue the Summons requested at Dkt. No. __.

**IT IS SO ORDERED.**

DATED:_____

_____
Hon. Mark C. Scarsi
United States District Judge

2
[PROPOSED] ORDER

*Submitted by*:

Kevin M. Lally (SBN 226402)

Abigail G. Urquhart (SBN 310547)

MCGUIREWOODS LLP

355 S. Grand Avenue, Suite 4200

Los Angeles, California 90071-3103

Telephone: (213) 457-9862

Facsimile: (213) 457-9882

E-Mail: klally@mcguirewoods.com

E-Mail: aurquhart@mcguirewoods.com

-and-

George J. Terwilliger III (*Pro Hac Vice*)

Michael Francisco (*Pro Hac Vice*)

MCGUIREWOODS LLP

888 16th Street NW, Suite 500

Washington, DC 20006

Telephone: (202) 857-1700

Facsimile: (202) 857-1737

E-Mail: gterwilliger@mcguirewoods.com

E-Mail: mfrancisco@mcguirewoods.com

-and-

Brooks H. Spears (*Pro Hac Vice*)

MCGUIREWOODS LLP

1750 Tysons Boulevard, Suite 1800

Tysons, Virginia 22102

Telephone: (703) 712-5000

Facsimile: (703) 712-5050

E-Mail: bspears@mcguirewoods.com

Attorneys for Defendants and Counterclaim-Plaintiffs ELLIOTT BROIDY, BROIDY CAPITAL MANAGEMENT, LLC CIRCINUS, LLC

3