Name and address:

John Antoni, Esq., SBN 163738
ANTONI ALBUS, LLP
11836 W. Pico Boulevard
Los Angeles, CA 90064

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC., ET AL., <br><br> v. Plaintiff(s) <br><br> ELLIOTT BROIDY, ET AL., <br><br> Defendant(s). | CASE NUMBER <br><br> 2:21-CV-06320-MCS-JC <br><br> **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Pittard, William B., IV of KaiserDillon PLLC
*Applicant's Name (Last Name, First Name & Middle Initial)* 1099 14th Street N.W.
(202) 640-2850   (202) 280-1034 8th Floor West
*Telephone Number   Fax Number* Washington, DC 20005
wpittard@kaiserdillon.com
*E-Mail Address* *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
George Nader

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* ___

**and designating as Local Counsel**

Antoni, John D. of Antoni Albus, LLP
*Designee's Name (Last Name, First Name & Middle Initial)* 11836 W. Pico Boulevard
163738  (310) 954-8020  (310) 954-8988 Los Angeles, CA 90064
*Designee's Cal. Bar No.   Telephone Number   Fax Number*
Antoni@aallp.net
*E-Mail Address* *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**