Name and address:

John Antoni, Esq., SBN 163738
ANTONI ALBUS, LLP
11836 W. Pico Boulevard
Los Angeles, CA 90064

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MOSAFER INC., ET AL., | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-CV-06320-MCS-JC |
| v. | |
| ELLIOTT BROIDY, ET AL., | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Forrest, Courtney R.    of    KaiserDillon PLLC
*Applicant's Name (Last Name, First Name & Middle Initial)*    1099 14th Street N.W.
(202) 640-2850    (202) 280-1034    8th Floor West
*Telephone Number*    *Fax Number*    Washington, DC 20005
cforrest@kaiserdillon.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
George Nader

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:*
**and designating as Local Counsel**
Antoni, John D.    of    Antoni Albus, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    11836 W. Pico Boulevard
163738    (310) 954-8020    (310) 954-8988    Los Angeles, CA 90064
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
Antoni@aallp.net
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**