FILED

2021 NOV -4  PM 2: 00

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mosafer Inc.. et al | CASE NUMBER |
| PLAINTIFF(S) | 2:21-cv-06320-MCS-JCx |
| v. | |
| Elliott Broidy, et al | **RECEIPT FOR FOREIGN SERVICE FROM UNITED STATES POST OFFICE RE COMPLAINT** |
| DEFENDANT(S). | |

(ATTACH RECEIPT(S) FOR REGISTERED MAIL HERE)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC.; MOSAFER ECOM, INC.; AND GOMOSAFER,<br><br>Plaintiffs,<br><br>vs.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; AND JOHN DOES 1-100,<br><br>Defendants.<br><br>ELLIOT BROIDY; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC,<br><br>Counterclaim-Plaintiffs<br><br>vs.<br><br>MOSAFER INC.; MOSAFER ECOM, INC.; GOMOSAFER, STATE OF QATAR, ABU ISSA HOLDING WLL, ASHRAF ABU ISSA, NABIL ABU ISSA<br><br>Counterclaim-Defendants | CASE NO. 2:21-cv-06320- MCS-JC |

## NOTICE OF SUIT

| | |
|---|---|
| FOREIGN STATE ENTITY TO BE SERVED: | State of Qatar<br>c/o Ministry of Foreign Affairs<br>Ambassadors Street Al Mirqab Al-Thani<br>West Bay<br>Doha, QATAR |

FedEx Ship Manager - Print Your Label(s)

ORIGIN ID:EMTA (213) 894-3535
CLERK OF THE COURT
CLERK OF THE COURT, USDC CENT. DIST
255 EAST TEMPLE STREET
ROOM 180, ATTN: CIVIL INTAKE
LOS ANGELES, CA 90012 US
SIGN: CLERK OF THE COURT

SHIP DATE: 04NOV21
ACTWGT: 2.00 LB
CAD: 254441401/INET4400

BILL SENDER
NO EEI 30.37(a)

TO ABDULRAHMAN BIN JASSIM AL-THANI
MINISTER OF FOREIGN AFFAIRS
AMBASSADORS STREET AL MIRQAB TOWER
MINISTRY OF FOREIGN AFFAIRS, W. BAY
DOHA (QA)
2134576614  REF: 994640291
INV:
PO:  DEPT:



FedEx Express

TRK# 7751 2080 0390
0430

PM
INTL PRIORITY

X5 DOHA      395
       -QA   KWI



11/4/21, 10:56 AM