Name and address:

John Antoni, Esq., SBN 163738
ANTONI ALBUS, LLP
11836 W. Pico Boulevard
Los Angeles, CA 90064

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC., ET AL.,<br><br>v.          Plaintiff(s)<br><br>ELLIOTT BROIDY, ET AL.,<br><br>Defendant(s). | CASE NUMBER<br><br>2:21-CV-06320-MCS-JC<br><br>~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Pittard, William B., IV      of      KaiserDillon PLLC
*Applicant's Name (Last Name, First Name & Middle Initial)*         1099 14th Street N.W.
(202) 640-2850      (202) 280-1034                8th Floor West
*Telephone Number      Fax Number*              Washington, DC 20005

wpittard@kaiserdillon.com
*E-Mail Address*                     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

George Nader

*Name(s) of Party(ies) Represented*       ☐ Plaintiff(s)   ☒ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Antoni, John D.       of      Antoni Albus, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*            11836 W. Pico Boulevard
163738      (310) 954-8020      (310) 954-8988      Los Angeles, CA 90064
*Designee's Cal. Bar No.   Telephone Number   Fax Number*

Antoni@aallp.net
*E-Mail Address*                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated   November 5, 2021                         _____/s/ Mark C. Scarsi_____
                                        U.S. District Judge/~~U.S. Magistrate Judge~~