Name and address:

John Antoni, Esq., SBN 163738
ANTONI ALBUS, LLP
11836 W. Pico Boulevard
Los Angeles, CA 90064

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC., ET AL., <br><br> Plaintiff(s) <br> v. <br><br> ELLIOTT BROIDY, ET AL., <br><br> Defendant(s). | **CASE NUMBER** <br> 2:21-CV-06320-MCS-JC <br><br> ~~(PROPOSED)~~ ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Forrest, Courtney R.     of   KaiserDillon PLLC
*Applicant's Name (Last Name, First Name & Middle Initial)*          1099 14th Street N.W.
(202) 640-2850      (202) 280-1034                8th Floor West
*Telephone Number      Fax Number*              Washington, DC 20005
cforrest@kaiserdillon.com
*E-Mail Address*                              *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
George Nader

*Name(s) of Party(ies) Represented*  ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____
**and designating as Local Counsel**

Antoni, John D.                      of   Antoni Albus, LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   11836 W. Pico Boulevard
163738        (310) 954-8020   (310) 954-8988   Los Angeles, CA 90064
*Designee's Cal. Bar No.  Telephone Number   Fax Number*
Antoni@aallp.net
*E-Mail Address*                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ **GRANTED.**

☐ **DENIED:** ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee *(if paid)*: ☐ be refunded ☐ not be refunded.

Dated  November 5, 2021                    *Mark C. Scarsi*
_____      _____
                                    U.S. District Judge/~~U.S. Magistrate Judge~~