McGuireWoods LLP
KEVIN M. LALLY (SBN 226402)
ABIGAIL G. URQUHART (SBN 310547)
355 South Grand Avenue, Suite 4200
Los Angeles, California 90071-3103
Telephone: (213) 457-9862
E-Mail: klally@mcguirewoods.com
E-Mail: aurquhart@mcguirewoods.com

GEORGE J. TERWILLIGER III (*Pro Hac Vice*)
MICHAEL FRANCISCO (*Pro Hac Vice*)
888 16th Street NW, Suite 500
Washington, DC 20006
Telephone: (202) 857-1700
E-Mail: gterwilliger@mcguirewoods.com
E-Mail: mfrancisco@mcguirewoods.com

BROOKS H. SPEARS (*Pro Hac Vice*)
1750 Tysons Boulevard, Suite 1800
Tysons, Virginia 22102
Telephone: (703) 712-5000
E-Mail: bspears@mcguirewoods.com

Attorneys for Defendants Elliott Broidy, Broidy
Capital Management, LLC, and Circinus, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC.; MOSAFER ECOM, INC.; and GOMOSAFER, <br><br> Plaintiffs, <br><br> vs. <br><br> ELLIOTT BROIDY; *et al.*, <br><br> Defendants. | CASE NO. 2:21-cv-06320-MCS-JC <br><br> **BROIDY DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS' *EX PARTE* APPLICATION FOR 14 DAY EXTENSION OF TIME TO RESPOND TO ABU ISSA DEFENDANTS' MOTION TO STRIKE OR DISMISS COUNTERCLAIMS; DECLARATION OF KEVIN M. LALLY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Defendants and Counterclaim Plaintiffs' Elliott Broidy ("Broidy"), Broidy Capital Management, LLC ("BCM"), and Circinus, LLC ("Circinus") (collectively, the "Broidy Defendants"), by and through their attorneys of record will and hereby do, move *ex parte* for an order granting Broidy Defendants' request for a 14-day extension of their deadline to file an opposition to Ashraf Abu Issa, Nabil Abu Issa, Abu Issa Holding WLL, Gomosafer, Mosafer E-Com, Inc., and Mosafer Inc.'s (collectively, "Abu Issa Defendants") Motion to Strike or Alternatively, to Dismiss the Broidy Defendants' California State Law Counterclaims and to Dismiss Remaining Claims ("Motion to Strike or Dismiss").

    1.    Plaintiffs seek relief on an emergency basis. As discussed below, absent extension, the opposition to the Motion to Strike or Dismiss filed on November 8, 2021 would be due this coming Monday, November 15, 2021. The Motion to Strike or Dismiss is a highly complex filing raising numerous arguments and defenses. Seven days does not provide Broidy Defendants sufficient time to prepare an adequate response.

    2.    As further set forth in the accompanying Declaration of Kevin M. Lally, undersigned counsel makes this application after providing notice to Abu Issa Defendants' counsel pursuant to Local Rule 7-19.1. Specifically, undersigned counsel contacted counsel for Abu Issa Defendants on November 11, 2021 stating the Broidy Defendants' intention to move for *ex parte* relief. Counsel for the Abu Issa Defendants opposes this Motion.

    3.    Counsel for the opposing parties, Ashraf Abu Issa, Nabil Abu Issa, Abu Issa Holding WLL, Gomosafer, Mosafer E-Com, Inc., and Mosafer Inc., are listed below:

1
2
3
4
5
6
7
8
9
10
11

Stephen G. Larson
slarson@ larsonllp.com
Koren L. Bell
kbell@larsonllp.com
Paul A. Rigali
prigali@larsonllp.com
Jonathan D. Gershon
jgershon@larsonllp.com
LARSON LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: 213.436-4888
Telephone (Bell Direct): 213.516.2468
Facsimile: 213.623-2000

4.    The Broidy Defendants' request is based upon this application, the supporting memorandum and points of authorities, the Declaration of Kevin M. Lally, all records and pleadings on file with this Court, and such further evidence and argument as the Court may allow.


Dated: November 11, 2021       MCGUIREWOODS LLP


By:    *s/ Kevin M. Lally*
Kevin M. Lally
George J. Terwilliger III (*Pro Hac Vice*)
Michael Francisco (*Pro Hac Vice*)
Brooks H. Spears (*Pro Hac Vice*)
Abigail G. Urquhart

## **MEMORANDUM OF POINTS AND AUTHORITIES**

Defendants and Counterclaim Plaintiffs Elliott Broidy ("Broidy"), Broidy Capital Management, LLC ("BCM"), and Circinus, LLC ("Circinus") (collectively, the "Broidy Defendants"), pursuant L.R. 7-19, file this *ex parte* application for a 14 day extension of their deadline to file an opposition to Ashraf Abu Issa, Nabil Abu Issa, Abu Issa Holding WLL, Gomosafer, Mosafer E-Com, Inc., and Mosafer Inc.'s  (collectively, "Abu Issa Defendants") Motion to Strike or Alternatively, to Dismiss the Broidy Defendants' California State Law Counterclaims and to Dismiss Remaining Claims ("Motion to Strike or Dismiss"), which was filed this past Monday, November 8, 2021. *Ex parte* relief is appropriate as efforts to resolve the issue through stipulation with the Abu Issa Defendants failed – notwithstanding the fact that the Broidy Defendants previously stipulated to a 21 day continuance of the Abu Issa Defendants' filing date for their opposition to the Broidy Defendant's Motion to Strike or Dismiss – and absent such relief, its brief will be due for filing this coming Monday, November 15, 2021. Simply stated, with the full exercise of due diligence, seven days is an insufficient period of time to properly address the numerous complex and potentially dispositive issues raised in the Abu Issa Defendant's Motion to Strike or Dismiss.

The Abu Issa Defendants' Motion to Strike or Dismiss is the latest of the four Motions to Strike or Dismiss filed by the parties in this case. The Broidy Defendants filed their Motion to Strike or Dismiss on October 7, 2021; and Defendant George Nader and Defendant The Iron Group separately filed their motions on November 1, 2021. Dkt. 44, 60-61. In all three instances, the filing party set the hearing date at least 35 days after the filing date, thereby providing the opposing party at least 14 days to prepare and file its response. *See* Judge Mark C. Scarsi Standing Order for Civ. Cases No. 9(b). Moreover, as noted above, the

1

Broidy Defendants stipulated to a 21 day continuance extending the Abu Issa Defendants time for preparing and filing its opposition to Defendant Broidy's Motion to Strike or Dismiss. Dkt. 52.

This Court consolidated the three filed motions for hearing on December 6, 2021. Dkt. 68. On November 8, 2021 – the last possible filing day on which a noticed motion could be heard on December 6, 2021 – the Abu Issa Defendants filed their Motion To Strike or Dismiss and set the hearing for that date, thereby seeking to join in the consolidated motions hearing. Dkt. 77. As the hearing date is within 35 days of the filing, the Broidy Defendants only are afforded seven days to respond. Local Rule 7-9; *see also* Judge Mark C. Scarsi Standing Order for Civ. Cases No. 9(b). This is seven days fewer than any other party was afforded to respond to similar motions, and 28 days fewer than afforded to the Abu Issa defendants. This plainly inequitable timing circumstance is the direct result of the Abu Issa Defendants' delayed filing tactics, and if left unchecked, will materially hinder the Broidy Defendants ability to provide a fulsome response to the multiple highly complex issues raised in the Abu Issa Defendants' Motion to Strike or Dismiss, which include, but are not limited to, anti-SLAPP, RICO, and conspiracy challenges.

Prior to moving *ex parte*, the Broidy Defendants engaged in good faith efforts to obtain a reasonable, stipulated extension of its filing deadline from the Abu Issa Defendants. On November 10, 2021, counsel for the Broidy Defendants, Michael Francisco and Kevin Lally, called Koren Bell, counsel for the Abu Issa Defendants. Ms. Bell was unavailable and Mr. Francisco left a voicemail in which he explained the Broidy defendants' request for a 14-day extension and asked for a follow-up call to discuss the matter. This morning, Mr. Francisco again called Ms. Bell and left another voicemail. Later this morning, Ms. Bell sent an email to counsel for Broidy Defendants in which she declined the request for an extension,

1   citing the interference with the upcoming Thanksgiving holiday and the Abu Issa

2   Defendants' desire to have all motions heard on the same day. Shortly thereafter,

3   Mr. Lally called Ms. Bell to discuss her position. As no response had been

4   received, Mr. Lally, at approximately 2:00 p.m., called Ms. Bell and advised her

5   that the Broidy Defendants would be moving *ex parte* for a continuance. Shortly

6   before this filing, Ms. Bell sent an email noting her clients' opposition, citing to the

7   same objections that served as the basis for their refusal to stipulate to a

8   continuance.

9          Having not had the opportunity to address the issue with counsel, the

10  Broidy Defendants note that the Abu Issa Defendants' Thanksgiving-based

11  objection is unfounded, as the requested continuance would result in the Broidy

12  Defendants' filing date being November 29[1] and thus, any Thanksgiving-based

13  inconvenience would fall on them, not the Abu Issa Defendants. Second, while the

14  Broidy Defendants understand the requested continuance would require a

15  continuance of the hearing date as to the Abu Issa Defendant's Motion to Strike or

16  Dismiss, it bears noting that: (1) the counterclaims include causes of actions

17  against distinct parties that are completely unrelated to the Abu Issa Defendants'

18  claims against other defendants; (2) the other individual Motions to Strike or

19  Dismiss, until consolidated by this Court, all contemplated individual hearing

20  dates; and (3) the Abu Issa Defendants motion was filed after this Court

21  consolidated the three other motions and at a time that necessitated an unduly

22  compressed filing timeframe for the Broidy Defendants. Therefore, it is the Abu

23  Issa Defendants, not the Broidy Defendants, who should bear any inconvenience

24  caused by the continuance of their hearing date. Finally, should the Court conclude

25  that the Abu Issa's Defendants' Motion to Strike or Dismiss should be heard with

26  the three motions it consolidated for hearing on December 6, 2021, the Broidy

27  _____

28  [1] Thanksgiving is November 25, 2021.

3

1 Defendants have no objection if the Court were to hear all the motions on a later
2 date.
3          This is the first request for an extension of time to respond to this brief. As
4 indicated, the Broidy Defendants will be prepared to file their opposition to the
5 Motion to Strike or Dismiss by November 29, 2021. The Abu Issa Defendants
6 cannot demonstrate any prejudice that they would suffer from the 14-day
7 extension, which would provide the Broidy Defendants 14 days fewer than they
8 received to respond to a similar motion. Prior to filing this application counsel for
9 the Broidy Defendants, pursuant to L.R. 7-19.1, called counsel for the Abu Issa
10 Defendants to advise them of this filing.
11          For the foregoing reasons, the Broidy Defendants have established good
12 cause for the 14-day extension and respectfully request the Court to grant this
13 request.
14
15 Dated: November 11, 2021          MCGUIREWOODS LLP
16
17                            By:    *s/ Kevin M. Lally*
                                     Kevin M. Lally
18                                   George J. Terwilliger III (*Pro Hac Vice*)
                                     Michael Francisco (*Pro Hac Vice*)
19                                   Brooks H. Spears (*Pro Hac Vice*)
20                                   Abigail G. Urquhart
21
22                                   Attorneys for ELLIOTT BROIDY
                                     BROIDY CAPITAL MANAGEMENT, LLC
23                                   CIRCINUS, LLC
24
25
26
27
28
                                         4

## **DECLARATION OF KEVIN M. LALLY**

I, Kevin M. Lally, declare as follows:

1.      I am a partner at the law firm of McGuireWoods LLP and am a member in good standing of the California State Bar and this District. I am counsel of record for Defendants and Counterclaim Plaintiffs Elliott Broidy ("Broidy"), Broidy Capital Management, LLC ("BCM"), and Circinus, LLC ("Circinus") (collectively, the "Broidy Defendants").

2.      Prior to close of business yesterday, my partner Michael Francisco and I called Koren L. Bell at her firm listed number, 213.516.2468, to request a 14-day extension to respond to Ashraf Abu Issa, Nabil Abu Issa, Abu Issa Holding WLL, Gomosafer, Mosafer E-Com, Inc., and Mosafer Inc.'s (collectively, "Abu Issa Defendants") Motion to Strike or Alternatively, to Dismiss the Broidy Defendants' California State Law Counterclaims and to Dismiss Remaining Claims ("Motion to Strike or Dismiss"). Ms. Bell did not answer the phone and Mr. Francisco left a detailed voice message explaining the need and length of time for the requested extension and requested Ms. Bell return the call.

3.      This morning, Mr. Francisco, having heard no response, advised me that he called Ms. Bell to follow up on the original request. Mr. Francisco did not receive a return phone call.

4.      Ms. Bell subsequently sent an email from her firm email address kbell@larsonllp.com to Mr. Francisco, others, and me in which she declined the request for an extension, citing the interference with the upcoming Thanksgiving holiday and the Abu Issa Defendants' desire to have all motions heard on the same day.

5.      After receipt of the email, I called Ms. Bell to discuss her position. I was unable to reach Ms. Bell directly and left a voice message. I received no response by phone or by email.

6.     At approximately 2:00 p.m., I again called Ms. Bell to address the matter and, in accordance with L.R. 7-19.1, to advise her of our intent to file an *ex parte* application for a 14-day extension of time absent arriving at a mutual agreement.  I was unable to reach Ms. Bell directly and left a voicemail message.

7.     At approximately 6:30 p.m., Ms. Bell emailed me her clients' opposition to this *ex parte* request, in which she cited to the same grounds upon which they earlier had refused to stipulate to a continuance.

Executed on November 11, 2021 in Los Angeles, California.

Kevin M. Lally

DECLARATION OF KEVIN M. LALLY

## **CERTIFICATE OF SERVICE**

I certify that, on November 11, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and sent e-mail copies to the parties and the Court.

*s/ Kevin M. Lally*
Kevin M. Lally