# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>ELLIOTT BROIDY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21−cv−06320−MCS−JC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed: ___11/11/2021___

Document Number(s): ___78___

Title of Document(s): ___Ex parte application for 14 day extension to file opposition to Abu Issa defendant's motion to strike etc___

**ERROR(S) WITH DOCUMENT:**

Proposed Document was not submitted as separate attachment.

MISSING proposed order.

Other:

As an alternative, prepare and e−file a formal Notice of Lodging, to be docketed only under its specific event: Notice of Lodging, to which the formal proposed order is submitted as Separate Attachment thereto.

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: November 12, 2021     By: /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*