# EXHIBIT A

| | |
|---|---|
| **From:** | Koren L. Bell |
| **Sent:** | Thursday, November 11, 2021 6:32 PM |
| **To:** | Francisco, Michael |
| **Cc:** | Spears, Brooks H.; Stephen G. Larson; Jonathan Gershon; Paul A. Rigali; Lally, Kevin M.; Terwilliger, George J. III |
| **Subject:** | RE: Mosafer v. Broidy, Extension, pre-motion filing conference |

Kevin,

I'm following up on your message from this afternoon. Sorry for the delay; I've been in meetings since you called.

We appreciate your call, but I don't believe there was any confusion on our end regarding your request. As noted below, it is our position that our motion should be heard together with defendants' motions given the overlapping issues. The Court has already consolidated and scheduled the hearing on those motions for December 6. Given the December 6 hearing date, and the intervening Thanksgiving holiday, we simply cannot accommodate the requested extension. Again, under different circumstances, we would have been happy to work with you to make the requested extension work.

I am heading into another meeting shortly, but please feel free to call me on my cell if there is anything further you would like to discuss (███████████).

Kori


**Koren L. Bell**
Partner
..................................

OD U VR Q ꝉoos
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
213.516.2468 Direct
213.436.4888 Office
213.623.2000 Fax
kbell@larsonllp.com

Los Angeles | Orange County | Washington, D.C.
..................................

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Koren L. Bell <kbell@larsonllp.com>
**Sent:** Thursday, November 11, 2021 9:48 AM
**To:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Stephen G. Larson <slarson@larsonllp.com>; Jonathan Gershon <jgershon@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Lally, Kevin M. <KLally@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** Re: Mosafer v. Broidy, Extension, pre-motion filing conference

Hi Michael,

I received your voicemail.  As you know, given the overlapping issues, it is our position that our motion should be heard together with defendants' motions as scheduled for December 6.   We have looked at the calendar, and in light of the scheduled hearing date, and the intervening Thanksgiving holiday, unfortunately we simply cannot accommodate the requested extension.  Under different circumstances, we would have been happy to work with you to make the requested extension work.

Kori

**Koren L. Bell**

Partner

.......................................

OD U VR Q ‡oos

555 South Flower Street, Suite 4400
Los Angeles, CA 90071
213.516.2468 Direct
213.436.4888 Office
213.623.2000 Fax
kbell@larsonllp.com

Los Angeles | Orange County | Washington, D.C.

.......................................

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Sent:** Thursday, November 4, 2021 10:44 AM
**To:** Koren L. Bell
**Cc:** Spears, Brooks H.; Stephen G. Larson; Jonathan Gershon; Paul A. Rigali; Lally, Kevin M.; Terwilliger, George J. III
**Subject:** RE: Mosafer v. Broidy, Extension, pre-motion filing conference

[EXTERNAL EMAIL]

Kori,

I am available to confer today through 4:30 eastern.  If that does not work, we can find a time tomorrow between 9:30 and 11 or 1:30-4:00 eastern.

Regards,
Michael

### Michael Francisco

McGuireWoods LLP
Not admitted in DC; admitted in CO. Application for admission to the DC bar filed; working under the direct supervision of an enrolled, active member of the DC bar
T: +1 202 857 1722 | M: +1 303 746 1967

**From:** Koren L. Bell <kbell@larsonllp.com>
**Sent:** Thursday, November 4, 2021 1:42 PM
**To:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Stephen G. Larson <slarson@larsonllp.com>; Jonathan Gershon

<jgershon@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Lally, Kevin M. <KLally@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** RE: Mosafer v. Broidy, Extension, pre-motion filing conference

**EXTERNAL EMAIL; use caution with links and attachments**

Hi Michael,

In light of the Court's scheduling order yesterday, and in the interest of further consolidating the hearings in this matter, we plan to file our motion on Monday and notice it for December 6.  Please let us know if you are available to confer later this afternoon or alternatively tomorrow.

Thanks,

Kori


**Koren L. Bell**
Partner
………………………...
OD U VR Q ŧoos
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
213.516.2468 Direct
213.436.4888 Office
213.623.2000 Fax
kbell@larsonllp.com

Los Angeles | Orange County | Washington, D.C.
………………………...
CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Koren L. Bell <kbell@larsonllp.com>
**Sent:** Tuesday, November 2, 2021 4:20 PM
**To:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Stephen G. Larson <slarson@larsonllp.com>; Jonathan Gershon <jgershon@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Lally, Kevin M. <KLally@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** RE: Mosafer v. Broidy, Extension, pre-motion filing conference

Hi Michael,

We wanted to circle back, pursuant to L.R. 7.3, to reschedule the pre-motion filing conference regarding our anticipated motion to dismiss / strike the counterclaims.  Please let me know if Thursday late afternoon might work for you, or alternatively Friday.

Thanks,

Kori


**Koren L. Bell**
Partner
………………………...

3

OD U VR Q ꝉoos
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
213.516.2468 Direct
213.436.4888 Office
213.623.2000 Fax
kbell@larsonllp.com

Los Angeles | Orange County | Washington, D.C.
…………………………..

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Sent:** Thursday, October 21, 2021 11:00 AM
**To:** Koren L. Bell <kbell@larsonllp.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Stephen G. Larson <slarson@larsonllp.com>; Jonathan Gershon <jgershon@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Lally, Kevin M. <KLally@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** RE: Mosafer v. Broidy, Extension, pre-motion filing conference

[EXTERNAL EMAIL]

Thank you.

Regards,
Michael

**From:** Koren L. Bell <kbell@larsonllp.com>
**Sent:** Thursday, October 21, 2021 1:57 PM
**To:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Stephen G. Larson <slarson@larsonllp.com>; Jonathan Gershon <jgershon@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Lally, Kevin M. <KLally@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** RE: Mosafer v. Broidy, Extension, pre-motion filing conference

**EXTERNAL EMAIL; use caution with links and attachments**

Thanks. We can agree to proceed accordingly. We will put together a proposed stipulation for your review.

**Koren L. Bell**
Partner
…………………………..
OD U VR Q ꝉoos
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
213.516.2468 Direct
213.436.4888 Office
213.623.2000 Fax
kbell@larsonllp.com

Los Angeles | Orange County | Washington, D.C.
…………………………..

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Sent:** Thursday, October 21, 2021 10:28 AM
**To:** Koren L. Bell <kbell@larsonllp.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Stephen G. Larson <slarson@larsonllp.com>; Jonathan Gershon <jgershon@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Lally, Kevin M. <KLally@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** Re: Mosafer v. Broidy, Extension, pre-motion filing conference

[EXTERNAL EMAIL]

Yes and yes.

Michael

> On Oct 21, 2021, at 1:19 PM, Koren L. Bell <kbell@larsonllp.com> wrote:
>
> **EXTERNAL EMAIL; use caution with links and attachments**
>
> Hi Michael,
>
> To clarify, you are proposing 21 rather than 30 days from 10/28, when the Mosafer response is currently due? I will need to circle back – can we agree to postpone today's conference in the meantime?
>
> Thanks,
>
> Kori
>
>
> **Koren L. Bell**
> Partner
> …………………………..
> OD U VR Q †oos
> 555 South Flower Street, Suite 4400
> Los Angeles, CA 90071
> 213.516.2468 Direct
> 213.436.4888 Office
> 213.623.2000 Fax
> kbell@larsonllp.com
>
> Los Angeles | Orange County | Washington, D.C.
> …………………………..
> CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.
>
> **From:** Francisco, Michael <MFrancisco@mcguirewoods.com>
> **Sent:** Thursday, October 21, 2021 9:32 AM
> **To:** Koren L. Bell <kbell@larsonllp.com>
> **Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Stephen G. Larson <slarson@larsonllp.com>; Jonathan Gershon <jgershon@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Lally, Kevin M. <KLally@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
> **Subject:** RE: Mosafer v. Broidy, Extension, pre-motion filing conference

[EXTERNAL EMAIL]

Kori,

I just gave you a call. I think we are pretty close here, now that I've had a chanced to catch up with my client. If we could do 21 days instead of 30, then we can close this all out. Would that work for you?

Regards,
Michael

**Michael Francisco**
Partner
Not admitted in DC; admitted in CO. Application for admission to the DC bar filed; working under the direct supervision of an enrolled, active member of the DC bar
Washington
Ext:   21722
T:   +1 202 857 1722
M: +1 303 746 1967
Bio | VCard

---

**From:** Koren L. Bell <kbell@larsonllp.com>
**Sent:** Wednesday, October 20, 2021 9:14 PM
**To:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Stephen G. Larson <slarson@larsonllp.com>; Jonathan Gershon <jgershon@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Lally, Kevin M. <KLally@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** RE: Mosafer v. Broidy, Extension, pre-motion filing conference

**EXTERNAL EMAIL; use caution with links and attachments**

Sounds good, thanks. Apologies for the various call invites. As of now, we are scheduled for 2 ET / 11 PT.

**Koren L. Bell**
Partner
…………………………...
OD U VR Q ℔oos
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
213.516.2468 Direct
213.436.4888 Office
213.623.2000 Fax
kbell@larsonllp.com

Los Angeles | Orange County | Washington, D.C.
…………………………...
CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Sent:** Wednesday, October 20, 2021 6:10 PM
**To:** Koren L. Bell <kbell@larsonllp.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Stephen G. Larson <slarson@larsonllp.com>; Jonathan Gershon <jgershon@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Lally, Kevin M. <KLally@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** RE: Mosafer v. Broidy, Extension, pre-motion filing conference

[EXTERNAL EMAIL]

Kori,

Thank you for this clarification. I expect we will be back in touch on this early tomorrow.

Michael


**Michael Francisco**
Partner
Not admitted in DC; admitted in CO. Application for admission to the DC bar filed; working under the direct supervision of an enrolled, active member of the DC bar
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T:   +1 202 857 1722
M: +1 303 746 1967
mfrancisco@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

McGUIREWOODS


**From:** Koren L. Bell <kbell@larsonllp.com>
**Sent:** Wednesday, October 20, 2021 7:10 PM
**To:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Stephen G. Larson <slarson@larsonllp.com>; Jonathan Gershon <jgershon@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Lally, Kevin M. <KLally@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** RE: Mosafer v. Broidy, Extension, pre-motion filing conference

**EXTERNAL EMAIL; use caution with links and attachments**

Hi Michael,

Following up on my earlier message, we are willing to waive and accept service for Abu Issa Holdings, Ashraf Abu Issa, and Nabil Abu Issa, if we can agree to streamline our responsive pleading deadline for all of our clients. Can we agree to extend the current deadline to respond by 30 days?

If this works for you, we would like to reschedule tomorrow's call.

Thanks,

Kori

**Koren L. Bell**
Partron
……………………………..

OD U VR Q toos
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
213.516.2468 Direct
213.436.4888 Office
213.623.2000 Fax
kbell@larsonllp.com

Los Angeles | Orange County | Washington, D.C.
……………………………..
CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Sent:** Wednesday, October 20, 2021 11:30 AM
**To:** Koren L. Bell <kbell@larsonllp.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Stephen G. Larson <slarson@larsonllp.com>; Jonathan Gershon <jgershon@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Lally, Kevin M. <KLally@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** RE: Mosafer v. Broidy, Extension, pre-motion filing conference

[EXTERNAL EMAIL]

Thank you.  I am available tomorrow between 11:00 and 4:00 eastern for a conference.

Michael

**From:** Koren L. Bell <kbell@larsonllp.com>
**Sent:** Wednesday, October 20, 2021 2:00 PM
**To:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Stephen G. Larson <slarson@larsonllp.com>; Jonathan Gershon <jgershon@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Lally, Kevin M. <KLally@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>
**Subject:** Re: Mosafer v. Broidy, Extension, pre-motion filing conference

**EXTERNAL EMAIL; use caution with links and attachments**

Hi Michael,

We are still working on an answer to the below, and anticipate being able to get back to you by the end of the week. If we are ultimately authorized to proceed this way, we will want to discuss a consolidated schedule for our response, as we did for your clients.

Meanwhile, however, we wanted to see if you would be available for a pre-motion filing conference tomorrow, pursuant to L.R. 7.3, to discuss our anticipated motion to dismiss / strike the counterclaims.

Please let us know what might be convenient.

Thanks,

Kori

**Koren L. Bell**
Partner
…………………………...
OD U VR Q ƚoos
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
213.516.2468 Direct
213.436.4888 Office
213.623.2000 Fax
kbell@larsonllp.com

Los Angeles | Orange County | Washington, D.C.
…………………………...
CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Koren L. Bell <kbell@larsonllp.com>
**Sent:** Friday, October 15, 2021 11:51 AM
**To:** Francisco, Michael
**Cc:** Spears, Brooks H.; Stephen G. Larson; Jonathan Gershon; Paul A. Rigali; Lally, Kevin M.; Terwilliger, George J. III; Spears, Brooks H.
**Subject:** RE: Mosafer v. Broidy, Extension

Hi Michael,

We anticipate being able to get back to you on this next week.

Thanks,

Kori


**Koren L. Bell**
Partner
…………………………...
OD U VR Q ƚoos
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
213.516.2468 Direct
213.436.4888 Office
213.623.2000 Fax
kbell@larsonllp.com

Los Angeles | Orange County | Washington, D.C.
…………………………...

CONFIDENTIALITY NOTICE: This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return e-mail and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Francisco, Michael <MFrancisco@mcguirewoods.com>
**Sent:** Monday, October 11, 2021 12:54 PM
**To:** Koren L. Bell <kbell@larsonllp.com>
**Cc:** Spears, Brooks H. <BSpears@mcguirewoods.com>; Stephen G. Larson <slarson@larsonllp.com>; Jonathan Gershon <jgershon@larsonllp.com>; Paul A. Rigali <prigali@larsonllp.com>; Lally, Kevin M. <KLally@mcguirewoods.com>; Terwilliger, George J. III <GTerwilliger@mcguirewoods.com>; Spears, Brooks H. <BSpears@mcguirewoods.com>
**Subject:** RE: Mosafer v. Broidy, Extension

**[EXTERNAL EMAIL]**

Kori,

I'm writing to ask if your firm will be representing Abu Issa Holdings, Ashraf Abu Issa, or Nabil Abu Issa with respect to the counterclaims Mr. Broidy filed. If so, are you authorized to accept service?

Kind regards,

Michael

**Michael Francisco**
Partner
Not admitted in DC; admitted in CO. Application for admission to the DC bar filed; working under the direct supervision of an enrolled, active member of the DC bar
McGuireWoods LLP
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
T:  +1 202 857 1722
M: +1 303 746 1967
mfrancisco@mcguirewoods.com
Bio | VCard | www.mcguirewoods.com

*This e-mail from McGuireWoods may contain confidential or privileged information. If you are not the intended recipient, please advise by return e-mail and delete immediately without reading or forwarding to others.*