Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Koren L. Bell (SBN 268614)
kbell@larsonllp.com
Paul A. Rigali (SBN 262948)
prigali@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Plaintiffs and Counterclaim Defendants MOSAFER INC.; MOSAFER E-COM, INC.; GOMOSAFER; ABU ISSA HOLDINGS; ASHRAF ABU ISSA; and NABIL ABU ISSA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOSAFER INC.; MOSAFER E-COM, INC.; AND GOMOSAFER,<br><br>Plaintiffs,<br><br>v.<br><br>ELLIOTT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; AND JOHN DOES 1-100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-06320-MCS-JC<br><br>[Assigned to Hon. Mark C. Scarsi]<br><br>**MOSAFER PARTIES' NOTICE OF MOTION AND MOTION TO STRIKE OR ALTERNATIVELY, TO DISMISS THE BROIDY DEFENDANTS' CALIFORNIA STATE LAW COUNTERCLAIMS AND TO DISMISS REMAINING CLAIMS**<br><br>Date:   January 24, 2022<br>Time:   9:00 a.m.<br>Place:  Courtroom 7C<br><br>[Filed concurrently with Memorandum of Points and Authorities and Declaration of Paul A. Rigali] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on January 24, 2022 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 7C of the above-entitled Court, located at 350 W. 1st Street, Los Angeles, California 90012, Counter-Defendants Mosafer Inc., Mosafer E-Com, Inc., GoMosafer, Abu Issa Holdings, Ashraf Abu Issa, and Nabil Abu Issa (collectively, the "Mosafer Parties") will and hereby do, move this Court for an order striking Counterclaimants Elliott Broidy ("Broidy"), Broidy Capital Management, LLC ("BCM"), and Circinus, LLC's ("Circinus") (collectively, the Broidy Defendants) counterclaim for Abuse of Process pursuant to California Code of Civil Procedure section 425.16 on the grounds that the counterclaim arises from protected activity and plaintiff cannot demonstrate a probability of prevailing on the counterclaim.  Alternatively, the Mosafer Parties move to dismiss the counterclaim for Abuse of Process pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that the counterclaim fails to state a claim upon which relief may be granted.

Additionally, the Mosafer Parties move to dismiss the Counterclaimants' remaining counterclaims for Business Conspiracy under Va. Code § 18.2-499 and 500, and for violation of the RICO Act (18 U.S.C. § 1962(c)(2) and 18 U.S.C. § 1964(c)) pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure on the grounds that these counterclaims fail to state a claim upon which relief may be granted.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities and Declaration of Paul A. Rigali, as well as the papers, pleadings and other documents on file in this action, judicially noticeable materials, and such other and further oral or documentary evidence as may be presented at or before the hearing.

This Notice is given following the conference of counsel pursuant to L.R. 7-3 which took place on November 22, 2021.

| | |
|---|---|
| DATED: November 29, 2021 | LARSON LLP |
| | By: /s/ Stephen G. Larson |
| | Stephen G. Larson |
| | Koren L. Bell |
| | Paul A. Rigali |
| | Jonathan D. Gershon |
| | Attorneys for Plaintiffs and Counterclaim Defendants MOSAFER INC.; MOSAFER E-COM, INC.; GOMOSAFER; ABU ISSA HOLDINGS; ASHRAF ABU ISSA; and NABIL ABU ISSA |

-2-
MOSAFER PARTIES' NOTICE OF MOTION AND MOTION TO STRIKE OR ALTERNATIVELY, TO DISMISS THE CALIFORNIA STATE LAW COUNTERCLAIMS AND MOTION TO DISMISS REMAINING CLAIMS