Stephen G. Larson (SBN 145225)
slarson@larsonllp.com
Koren L. Bell (SBN 268614)
kbell@larsonllp.com
Paul A. Rigali (SBN 262948)
prigali@larsonllp.com
Jonathan Gershon (SBN 306979)
jgershon@larsonllp.com
**LARSON LLP**
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Plaintiffs and Counterclaim Defendants MOSAFER INC.; MOSAFER E-COM, INC.; GOMOSAFER; ABU ISSA HOLDINGS; ASHRAF ABU ISSA; and NABIL ABU ISSA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOSAFER INC.; MOSAFER ECON, INC.; AND GOMOSAFER,<br><br>Plaintiffs,<br><br>v.<br><br>ELLIOTT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; AND JOHN DOES 1-100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-06320-MCS-JC<br><br>[Assigned to Hon. Mark C. Scarsi]<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR THE MOSAFER PARTIES' MOTION TO STRIKE OR ALTERNATIVELY, TO DISMISS THE BROIDY DEFENDANTS' CALIFORNIA STATE LAW COUNTERCLAIMS AND TO DISMISS REMAINING CLAIMS**<br><br>[Filed concurrently with [Proposed] Order]<br><br>Date: January 24, 2022<br>Time: 9:00 a.m.<br>Place: Courtroom 7C<br><br>Counterclaim filed:    Oct. 7, 2021 |

Counterclaim-Defendants Mosafer Inc., Mosafer-Ecom, Inc. Gomosafer, Abu Issa Holdings, Ashraf Abu Issa, and Nabil Abu Issa (the "Mosafer Parties") and Counterclaimants Plaintiffs Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC, (together "Counterclaimants") (collectively referred to as the "Parties,") through their respective counsel, submit the following stipulation:

WHEREAS on August 5, 2021, Mosafer Inc., Mosafer-Ecom, Inc. and Gomosafer filed this action against Defendants Elliott Broidy, George Nader, Broidy Capital Management, LLC, Circinus, LLC, Ironistic, SCL Social Limited, Project Associates UK Ltd, Matthew Atkinson, and John Does 1-100 [Doc. 1];

WHEREAS on October 7, 2021, the Counterclaimants filed Counterclaims against the Mosafer Parties and the State of Qatar [Doc. 45];

WHEREAS on November 8, 2021, the Mosafer Parties filed a Motion To Strike Or Alternatively, To Dismiss The Broidy Defendants' California State Law Counterclaims And To Dismiss Remaining Claims (the "Prior Motion") [Doc. 77];

WHEREAS on November 11, 2021, the Counterclaimants filed an Ex Parte Application for an extension of time to respond to the Prior Motion [Doc. 78];

WHEREAS on November 15, 2021, the Court entered an Order which denied the Prior Motion without prejudice on the grounds that the Parties did not meet and confer at least seven days prior to filing the Prior Motion and denied the Counterclaimants' Ex Parte Application as moot [Doc. 82]. The Order stated that the Mosafer Parties would have 14 days from the Order to file a response to the Counterclaim and stated that if the Mosafer Parties intended to renew their Motion, the Court expected the Parties to confer in good faith and agree upon an appropriate briefing schedule [*Id.*];

WHEREAS, on November 23, 2021, Counterclaimants filed a Request for Approval of Substitution of Counsel which requested that the Court substitute Counterclaimants' counsel from the law firm of McGuire Woods LLP ("Prior Counsel") to the law firm of Kasowitz Benson Torres LLP ("New Counsel") [Doc.

86]. The Court granted this request for substitution on November 24, 2021 [Doc. 87];

WHEREAS, as set forth in the Declaration of Paul Rigali which has been filed concurrently with the Mosafer Parties' renewed Motion To Strike Or Alternatively, To Dismiss The Broidy Defendants' California State Law Counterclaims And To Dismiss Remaining Claims ("Renewed Motion"), on November 22, 2021, counsel for the Mosafer Parties met and conferred, pursuant to Local Rule 7-3, with both Counterclaimants' Prior Counsel and New Counsel;

WHEREAS, during the November 22, 2021 meet and confer, Counterclaimants' New Counsel agreed with the Mosafer Parties on a January 24, 2022 hearing date on the Renewed Motion but requested additional time to respond to the Renewed Motion because they were still reviewing the case file;

WHEREAS, the Parties agreed upon, and respectfully request the Court approve, the following briefing schedule: Counterclaimants' Opposition to the Renewed Motion will be due on December 20, 2021 and the Mosafer Parties' Reply in Support of the Renewed Motion will be due on January 10, 2022.

THEREFORE, the Parties, through their respective attorneys, agree and respectfully request that the Court approve the following briefing schedule on the Mosafer Parties' Renewed Motion: Counterclaimants' Opposition to the Renewed Motion will be due on December 20, 2021 and the Mosafer Parties' Reply in Support of the Renewed Motion will be due on January 10, 2022.

///
///
///
///
///
///

**IT IS SO STIPULATED.**

DATED: November 30, 2021                    LARSON LLP

By: /s/ Stephen G. Larson[1]
Stephen G. Larson
Koren L. Bell
Paul A. Rigali
Jonathan D. Gershon

Attorneys for Plaintiffs and Counterclaim Defendants MOSAFER INC.; MOSAFER E-COM, INC.; GOMOSAFER; ABU ISSA HOLDINGS; ASHRAF ABU ISSA; and NABIL ABU ISSA

DATED: November 30, 2021                    KASOWITZ BENSON TORRES LLP

By: /s/ Daniel Saunders
Daniel Saunders

Attorneys for Defendants and Counterclaim Plaintiffs ELLIOTT BROIDY; BROIDY CAPITAL MANAGEMENT, LLC; and CIRCINUS, LLC

---

[1] Pursuant to Local Rule 5-4.3.4(a)(2)(i), filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.