UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOSAFER INC.; MOSAFER ECON, INC.; AND GOMOSAFER,<br><br>Plaintiffs,<br><br>v.<br><br>ELLIOTT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; AND JOHN DOES 1-100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:21-cv-06320-MCS-JC<br><br>[Assigned to Hon. Mark C. Scarsi]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR THE MOSAFER PARTIES' MOTION TO STRIKE OR ALTERNATIVELY, TO DISMISS THE BROIDY DEFENDANTS' CALIFORNIA STATE LAW COUNTERCLAIMS AND TO DISMISS REMAINING CLAIMS (ECF NO. 89)**<br><br>Date: January 24, 2021<br>Time: 9:00 a.m.<br>Place: Courtroom 7C |

# [PROPOSED] ORDER

The Court, having reviewed the stipulation of Counterclaim Defendants Mosafer Inc., Mosafer-Ecom, Inc., Gomosafer, Abu Issa Holdings, Ashraf Abu Issa, and Nabil Abu Issa (together, "Mosafer Parties") and Counterclaimants Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC (together, "Counterclaimants") for an order approving a briefing schedule on the Mosafer Parties' renewed motion to strike, and good cause appearing therefor, ORDERS that Counterclaimants' opposition to the motion is due on December 20, 2021, and the Mosafer Parties' reply in support of the motion is due on January 10, 2022.

**IT IS SO ORDERED.**

DATED: December 2, 2021

_____
Mark C. Scarsi
United States District Judge

2

[PROPOSED] ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE FOR THE MOSAFER PARTIES' MOTION TO STRIKE OR ALTERNATIVELY, TO DISMISS THE BROIDY DEFENDANTS' CALIFORNIA STATE LAW COUNTERCLAIMS AND TO DISMISS REMAINING CLAIMS