UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   2:21-cv-06320-MCS-JC | Date   December 6, 2021 |
| Title   *Mosafer Inc. et al v. Elliot Broidy et al* | |

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Koren L. Bell | Daniel Saunders |
| Stephen G. Larson | Courtney R. Forrest |
| Jonathan D. Gershon | Hyongsoon Kim |

**Proceedings:  Motion to Strike Complaint (ECF No. 44),  Motion to Strike All California State Law Claims Against Ironistic pursuant to California Civil Procedure section 425.16 and dismissing Plaintiffs Lanham Act claim against Ironistic Pursuant to Fed.R.Civ.P. 12(b)(6), or, in the Alternative, Dismissing Plaintiffs Complaint Against Ironistic in its Entirety Pursuant to Fed.R.Civ.P. 12(b)(6) (ECF No. 60), and Motion to Strike Complaint Cal Code of Civ. Proc. Section 425.16 or, Alternatively, to Dismiss Complaint (FRCP 12(b)(1) and 12(b)(6) (ECF No. 61)**

The motion hearing is held.  Counsel address the Court. The Court takes the motions UNDER SUBMISSION and a ruling will be issued.

IT IS SO ORDERED.