# Exhibit 1



# CIVIL AND COMMERCIAL PROCEDURE LAW - Law No. 13 of 1990

**Law Summary Record** • **Type:** Law   • **Number:** 13

• **Date:** 17/06/1990 Corresponding to 24/11/1410 Hijri   • **Number of Articles:** 580   • **Status:** In force

**Official Gazette :** • **Issue:** 13   Offcial Journal Issue

• **Publication Date:** 01/01/1990 Corresponding to 04/06/1410 Hijri   • **Page from:** 2967

Issuance Articles (1-7)

Civil and Commercial Procedure Law (1-21)

BOOK ONE: Procedures before the Courts (22-210)

BOOK TWO: Evidence (211-361)

BOOK THREE: Execution (362-518)

BOOK FOUR: Exhibition and Depositing (519-525)

BOOK FIVE: Fees (526-573)

**We, Khalifa Bin Hamad Al-Thani, Emir of the State of Qatar,**

Having perused the Amended Provisional Constitution, in particular Articles 23, 34, and 51;

Labor Law No. 3 of 1962, and amendments thereof;

Law No. 4 of 1962 on the Establishment of the Labor Court, and amendments thereof;

Law No. 5 of 1962 issuing the Law of Procedures before the Labor Court, and amendments thereof;

Law No. 8 of 1962 on Judicial Fees related to the Labor Court, and amendments thereof;

Law No. 22 of 1963 on the Litigation Proceedings before the Qatari Labor Court;

Law No. 14 of 1964 of the Estate Registration System and amendments thereof;

Decree-Law No. 13 of 1969 on Fees for Assisting Freedom Fighters and Families of Palestinian Martyrs, and amendments thereof;

Law No. 5 of 1970 defining the Powers of Ministers, Ministries and the other Governmental Bodies, and amendments thereof;

Law No. 13 of 1970 on the Courts, and Amendments thereof;

Criminal Law of Qatar issued by Law No. 14 of 1971 and amended by Law No. 2 of 1988;

The Criminal Proceedings Law issued by Law No. 15 of 1971, and amendment thereof;

The Civil and Commercial Law issued by Law No. 16 of 1971, and amended by Law No. 10 of 1982;

Regulation of Transfer of Judicial Powers to the National Courts issued by Law No. 15 of 1971;

Regulation of the Legal Profession issued by Law No. 20 of 1980;

**Issuance Articles**

## Article 1 - Introduction

The provisions of the Civil and Commercial Procedure Law attached to this law shall come into force and the following Laws No. 4, 5 and 8 of 1962, Law No. 22 of 1963 and the amending laws thereof, shall be abrogated. Any text inconsistent with the provisions of the present Law shall also be abrogated.

## Article 2 - Introduction

The provisions of the Civil and Commercial Procedure Law shall apply to lawsuits which have not yet been settled, and to the procedures, which have not yet been concluded before the date of implementation thereof, except the following:

Procedures pertaining to execution against property. These procedures shall be valid in accordance with the provisions of the old law or system, if a judgment is delivered to adjudication of auction pursuant to the provisions of that Law;

The laws modifying jurisdiction, where the commencement of such procedures takes place after closing pleading;

The laws amending the time limit whenever they take effect before the date of the law application;

The laws regulating the modes of appeal in respect of provisions issued before the commencement of such provisions where they abrogate an existing mode or create a new one.

## Article 3 - Introduction

Any valid procedures taken under an applicable law shall remain so unless otherwise provided for.

The newly fixed dates schedules shall not apply before the date the law under which they were fixed became effective.

## Article 4 - Introduction

Courts shall have the jurisdiction to settle the following:

Civil and commercial lawsuits and disputes, except those excluded by law.
Lawsuits and disputes pertaining to binding contracts or public works or import contracts or any other administrative contracts.
Lawsuits and disputes pertaining to personal status for non-Muslims.

## Article 5 - Introduction

Without prejudice to the provisions of the previous Article, Shari'ah Courts shall have jurisdiction to examine matters that they are currently considering until a law is enacted to determine their jurisdiction.

## Article 6 - Introduction

Without prejudice to the provisions of Article 31 of the Civil and Commercial Procedure Law, in the event of a dispute between the employee and the employer related to the application of any provision of Labor Law No. 3 of 1962 and its amendments, both may bring such dispute before the labor authority. The latter shall take the necessary measures to settle the dispute amicably.  Should settlement fail, the authority concerned shall refer the dispute within a week from the date that it was brought before it to the competent court. The referral shall be attached with a memorandum, containing a summary thereof, arguments of both parties and observations of the said authority.  The Court Registrar shall, within three days from the referral of the dispute, specify a date for hearing within two weeks from the referral date. The employee and the employer shall be summoned to this effect.

## Article 7 - Introduction

All the competent authorities, each within its jurisdiction, shall apply the present Law which shall come into force as of 15/10/1990 and shall be published in the Official Gazette.

## **Civil and Commercial Procedure Law**

### Article 1

No claim or defense shall be allowed unless the person making such a claim or defense has an existing and legal interest recognized by the law. However, a possible interest shall be sufficient if the object of the claim is a precaution against imminent damage or to ascertain a right where the disappearance of evidence at the time of dispute is feared.

### Article 2 (Amended By Law 13/2005)

**(As amended pursuant to Article 4 of Law No. 13 of 2005)**

Every summons or execution shall be served through the police or any other authority appointed by the President of the Supreme Judicial Council at the request of the other party to the Registry of the court or by a court order. Unless otherwise stipulated in the law, the parties or their representatives shall direct the proceedings and submit their documents to the bailiffs for issuing summons or serving them. The officials or policemen serving the summons or execution shall only be liable for defaults made while carrying out their duties.

Article 3

If the law stipulates a specific date for a procedure to be undertaken after the summons, this date shall not be complied with unless the party concerned was informed of such a date.

Article 4 (Amended By Law 13/2005)

**(Replaced pursuant to Article 2 of Law No. 13 of 2005)**

Courts shall have the jurisdiction to settle the following:

Civil and commercial lawsuits and disputes, except those that are excluded by law.
Lawsuits and disputes pertaining to binding contracts or public works or import contracts or any other administrative contracts.
Lawsuits and disputes pertaining to personal status and inheritance.

Article 5 Cancelled (Repealed By Law 13/2005)

Article 6 (Amended By Law 13/2005)

**(Replaced pursuant to Article 2 of Law No. 13 of 2005)**

Without prejudice to the provisions of Article 31 of the aforementioned Civil and Commercial Procedure Law, should a dispute arise between an employee and an employer pertaining to the aforementioned Labor Law, they shall refer their dispute to the labour authority. The latter shall take the necessary measures to settle the dispute amicably. Should settlement fail, the authority concerned shall refer the dispute within a week from the date it was brought before it to the competent court. The referral shall be attached with a memorandum containing a summary thereof, arguments of both parties and observations of the said authority. The Court Registrar shall, within three days from referral of the dispute, specify a date for hearing within two weeks from the referral date.  The employee and the employer shall be summoned to this effect.

## Article 7

The individual shall be served with the summons personally or it shall be served at his residence. It may be served at the chosen domicile in the circumstances specified by the law. If the bailiff does not find the person to be summoned at his residence, he shall deliver the summons to the person who declares that he is his representative or employee or the residing with him or a spouse, relative or in-law. If the person to be summoned is a public official, the court may direct the summons to him at his workplace.

## Article 8

If the bailiff does not find any person competent to serve the summons upon, in accordance with the aforementioned Article or the person found refuses to sign the original or acknowledge receipt, or refuses to receive a copy, then the bailiff shall state such fact in the original and the copy of the summons and deliver the copy on the same day to the police station in whose jurisdiction the residence of the person to be summoned is situated.

The bailiff shall send within 24 hours a letter by registered mail to the person to be summoned at his original residence, informing him of the police station at which the copy of the summons was delivered.

The court shall consider the summons served in accordance with this Article to have legal effect from the time of delivery of the copy to the police station or order the re-summoning of the person in any other appropriate way.

Article 9

If the law obliges a party to specify a selected residence and he fails to do so, or if the details he gives are inadequate or false, he may be summoned to the office of the Registry of the court with all his summons papers at the selected residence. If he has changed his original or selected residence and has not informed the other party accordingly, he shall be summoned at that residence and a copy shall be delivered, if necessary, to the police station.

Article 10 (Amended By Law 7/1995)

**(As amended pursuant to Article 1 of Law No. 7 of 1995)**

Unless otherwise stipulated in another law, the copy of the summons shall be served in the following manner:

With respect to ministries, departments, and other governmental institutions, it shall be delivered to the ministers, heads of department and Institution or whoever act on their behalf, save for lawsuits papers, appeal and judgment documents which shall be delivered to the State Lawsuits Department, Ministry of Justice;

With respect to public authorities, public institutions and other juristic persons, the summons shall be delivered to the chairperson or manager or one of the joint partners or their legal representatives or whoever acts on their behalf;

With respect to foreign companies with branches or head offices in Qatar, the summons shall be delivered to the branch manager or the agent;

With respect to the armed forces, the summons shall be delivered to the commander to whom the person to be summoned is answerable;

With respect to minors or persons of unsound mind, the summons shall be delivered to their guardians or heirs;

With respect to prisoners, it shall be delivered to the director of the prison or whoever acts on his behalf;

With respect to seamen of commercial vessels or those who work on such vessels, it shall be delivered to the captain;

With respect to persons with no fixed abode abroad, it shall be delivered to the Ministry of Foreign Affairs to summon them through the diplomatic channels. It shall be sufficient in this respect to receive the response of the Ministry stating that delivery to the person concerned has been effected;

With respect to persons who have no known addresses inside or outside the State, it shall be delivered to the Chief of Police, provided that the summons indicates the person's last known address. The court may order, in this case, to publish the summons in two Qatari daily newspapers.

## Article 11

Without prejudice to the aforementioned Articles, the court may serve the summons on any person who has a known address inside or outside the State. The summons may be delivered to a person in his workplace by registered mail or any other appropriate means.

## Article 12

The time limit for those who live abroad is sixty days. This distance time limit shall not apply in the case of a person summoned in Qatar while he is present. The summoning judge may order the reduction of this time limit where there are convenient means of transport and where there is urgency. This shall be stated in the summons.