COVINGTON & BURLING LLP
Mitchell A. Kamin (Bar No. 202788)
  mkamin@cov.com
Michael D. Fields (Bar No. 313679)
  mfields@cov.com
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749

David M. Zionts (*pro hac vice application pending*)
  dzionts@cov.com
Alexander A. Berengaut (*pro hac vice application pending*)
  aberengaut@cov.com
Megan M. O'Neill (*pro hac vice application pending*)
  moneill@cov.com
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone:  +1 202 662 6000
Facsimile:  +1 202-662-6291

*Attorneys for Counterclaim-Defendant State of Qatar*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| MOSAFER INC.; MOSAFER E-COM, INC.; AND GOMOSAFER<br><br>    Plaintiffs,<br><br>v.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; AND JOHN DOES 1-100,<br><br>    Defendants.<br><br>ELLIOT BROIDY; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC, | Civil Case No.:<br><br>2:21-cv-06320-MCS-JC<br><br>**NOTICE OF COUNTERCLAIM-DEFENDANT STATE OF QATAR'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF COUNTERCLAIM-DEFENDANT STATE OF QATAR'S MOTION TO DISMISS**<br><br>[*Filed Concurrently with Memorandum of Points and Authorities and Proposed Order*]<br><br>**Hearing Date:** January 24, 2022<br>**Time:**  9:00 a.m. |

|   |   |
|---|---|
| Counterclaim-Plaintiffs, | **Courtroom:** 7C<br>**Judge:** Hon. Mark C. Scarsi |
| v. | **Complaint Filed:** August 5, 2021<br>**Counterclaims Filed:** October 7, 2021 |
| MOSAFER INC.; MOSAFER E-COM, INC.; GOMOSAFER, STATE OF QATAR, ABU ISSA HOLDING WLL, ASHRAF ABU ISSA, NABIL ABU ISSA | |
| Counterclaim-Defendants. | |

---

NOTICE OF COUNTERCLAIM-DEFENDANT STATE OF QATAR'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF COUNTERCLAIM-DEFENDANT STATE OF QATAR'S MOTION TO DISMISS

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 24, 2022, at 9:00 a.m.,[1] or as soon thereafter as may be heard in Courtroom 7C in the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles California, 90012, Honorable Mark C. Scarsi presiding, Counterclaim-Defendant State of Qatar will appear and move the Court for an Order staying discovery related to counterclaims filed by Defendants Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC, pending resolution of Qatar's concurrently filed Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(2) of the Federal Rules of Civil Procedure.  Counterclaim-Defendant State of Qatar's Motion to Stay is based upon this Notice, the attached Memorandum of Points and Authorities, all papers and pleadings on file in this action, and on such other oral and documentary evidence as the Court may receive at or before the hearing on this Motion.

**PLEASE TAKE FURTHER NOTICE** that this Motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place on December 8, 2021.

Dated: December 15, 2021

Respectfully submitted,

COVINGTON & BURLING LLP

By:  */s/ Mitchell A. Kamin*
     MITCHELL A. KAMIN
     *Attorney for Counterclaim-Defendant State of Qatar*

---

[1] Counterclaim-Defendant Qatar is noticing this Motion for hearing on January 24, 2022, pursuant to (1) Local Rule 6-1, requiring that motions be noticed for hearing no fewer than 28 days from the date of filing, and (2) Paragraph 9.a of this Court's Standing Order, stating that in general, "this Court hears motions on Mondays, beginning at 9:00 a.m." *See* ECF No. 10.