# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>ELLIOTT BROIDY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–06320–MCS–JC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   12/15/2021

Document Number(s):   96

Title of Document(s):   miscellaneous document by defendants

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Request : Order

Proposed Document was not submitted as separate attachment.

Pdf document is a Request for foreign service of process on designated party. Filer must prepare proper documents and submit accordingly to Civil Intake Window. .

Other:

Contact Civil Intake re related mailing/postage etc requirements.

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: December 16, 2021         By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

