| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | TRANSCRIPT ORDER FORM<br>Please use one form per court reporter per case, and contact court reporter<br>directly immediately after e-filing form. *(Additional instructions on next page.)* | COURT USE ONLY<br>DUE DATE: |
|---|---|---|

| 1a. Contact Person for this Order | Phyllis Miller | 2a. Contact Phone Number | 424.288.7919 | 3a. Contact E-mail Address | Pmiller@kasowitz.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Daniel A. Saunders | 2b. Attorney Phone Number | 424.288.7907 | 3b. Attorney E-mail Address | Dsaunders@kasowitz.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | 5. Name & Role of Party Represented | Defendants ELLIOT BROIDY; BROIDY CAPITAL MANAGEMENT, LLC; and CIRCINUS, LLC |
|---|---|---|
| Kasowitz Benson Torres LLP<br>2029 Century Park East<br>Suite 2000<br>Los Angeles, CA 90067 | 6. Case Name | MOSAFER INC., et al. v. ELLIOT BROIDY, et al. |
| | 7a. District Court Case Number | 2:21-cv-06320-MCS-JC |
| | 7b. Appeals Court Case Number | |

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):

☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: **MAREA WOOLRICH**

9. THIS TRANSCRIPT ORDER IS FOR:   ☐ Appeal  ☒ Non-Appeal   ☐ Criminal  ☒ Civil   ☐ CJA  ☐ USA  ☐ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/06/2021 | 93 | Hon. Mark Scarsi | MOTION TO STRIKE | ☒ | ○ | ○ | ○ | ○ | ○ | ☒ | 14-Day |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: December 16, 2021   Signature: /s/ Daniel A. Saunders

G-120 (06/18)