Name and address:
Mitchell A. Kamin (Bar No. 202788)
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
424-332-4800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Mosafer Inc., et al.

Plaintiff(s),

v.

Elliot Broidy, et al.

Defendant(s).

CASE NUMBER

2:21-cv-06320-MCS-JC

ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [99][111]

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Berengaut, Alexander A.
*Applicant's Name (Last Name  First Name & Middle Initial)*

202-662-6000
*Telephone Number*

202-662-6291
*Fax Number*

aberengaut@cov.com
*E-Mail Address*

of

Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
State of Qatar

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Counterclaim Defendant

and designating as Local Counsel

Kamin, Mitchell A.
*Designee's Name (Last Name  First Name & Middle Initial)*

202788
*Designee's Cal. Bar No.*

424-332-4800
*Telephone Number*

424-332-4749
*Fax Number*

MKamin@cov.com
*E-Mail Address*

of

Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☒ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated  December 20, 2021

*Mark C. Scarsi*
U.S. District Judge/U.S. Magistrate Judge