Name and address:
Mitchell A. Kamin (Bar No. 202788)
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
424-332-4800

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Mosafer Inc., et al.

Plaintiff(s),

v.

Elliot Broidy, et al.

Defendant(s).

**CASE NUMBER**

2:21-cv-06320-MCS-JC

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [100]**

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Zionts, David M.

*Applicant's Name (Last Name   First Name & Middle Initial)*

202-662-6000   *Telephone Number*   202-662-6291   *Fax Number*

DZionts@cov.com   *E-Mail Address*

Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

State of Qatar

Name(s) of Party(ies) Represented   [x] Other: Counterclaim Defendant

**and designating as Local Counsel**

Kamin, Mitchell A.

*Designee's Name (Last Name   First Name & Middle Initial)*

202788   *Designee's Cal. Bar No.*   424-332-4800   *Telephone Number*   424-332-4749   *Fax Number*

MKamin@cov.com   *E-Mail Address*

Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[X] **GRANTED.**

[ ] **DENIED:** [ ] for failure to pay the required fee.

[ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

[ ] for failure to complete Application: _____

[ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

[ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.

[ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid,** [ ] be refunded [ ] not be refunded.

Dated   December 20, 2021

*Mark C. Scarsi*
**U.S. District Judge**

G 64 ORDER (5/16)   ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1