Name and address:

Mitchell A. Kamin (Bar No. 202788)
Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
424-332-4800

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Mosafer Inc., et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:21-cv-06320-MCS-JC |
| v. | |
| Elliot Broidy, et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* [101] |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

O'Neill, Megan M.    of

*Applicant's Name (Last Name  First Name & Middle Initial)*

202-662-6000     202-662-6291

*Telephone Number    Fax Number*

MONeill@cov.com

*E-Mail Address*

Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

State of Qatar

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s) ☐ Defendant(s) ☒ Other: Counterclaim Defendant

**and designating as Local Counsel**

Kamin, Mitchell A.    of

*Designee's Name (Last Name  First Name & Middle Initial)*

202788     424-332-4800     424-332-4749

*Designee's Cal. Bar No.   Telephone Number   Fax Number*

MKamin@cov.com

*E-Mail Address*

Covington & Burling LLP
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

     ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

     ☐ for failure to complete Application: _____

     ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

     ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

     ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated   December 20, 2021         *Mark C. Scarsi*

                                   **U.S. District Judge**