# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>ELLIOTT BROIDY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21–cv–06320–MCS–JC<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __12/31/2021__

Document Number(s):   __121, 122__

Title of Document(s):   __Proof of Service (subsequent documents)__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Service of summons and complaint returned executed 21 days

pdf documents are regarding service of summons and counterclaim by mail. Therefore the correct event was cited above. Due to incorrect event, missing information which the correct event prompts filer to include, such as: statute, type of service, who accepted service as well has date.

Other:

Note: To assist in a search for correct events, please use the "SEARCH" option for a "key word" to narrow the selection process

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 3, 2022       By:  /s/ *Linda Chai  Linda_Chai@cacd.uscourts.gov*
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS