# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>ELLIOTT BROIDY, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:21−cv−06320−MCS−JC<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| 12/31/2021 | 121, 122 | POS (Declaration of Service) |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

The document is accepted as filed.

Clerk, U.S. District Court

Dated: January 3, 2022     By: /s/ *Stephen Montes*
                               Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*