UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.   2:21-cv-06320-MCS-JC                              Date   January 24, 2022

Title   *Mosafer Inc. et al v. Elliot Broidy et al*

Present: The Honorable   Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiffs and Counter-Defendants: | Attorney(s) Present for Defendant(s): |
|---|---|
| Koren L. Bell<br>Jonathan D. Gershon<br>Michael D. Fields<br>Michael Kamin | Daniel A. Saunders<br>Jason S. Takenouchi |

**Proceedings: Motion to Strike or alternatively, to Dismiss the Broidy Defendants' California State Law Counterclaims and to Dismiss Remaining Claims Counterclaim, [46] filed by Counter-Defendants Ashraf Abu Issa, Nabil Abu Issa, Abu Issa Holding WLL, Gomosafer, Mosafer E-Com, Inc., Mosafer Inc. (ECF No. 88); Counterclaim-Defendant State of Qatar's Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(2) of the Federal Rules of Civil Procedure (ECF No. 102); and Counterclaim-Defendant State of Qatar's Motion to Stay Discovery Pending Resolution of Counter-Claim-Defendant State of Qatar's Motion to Dismiss (ECF No. 103)**

The motion hearing is held. Counsel address the Court. The Court takes the motions UNDER SUBMISSION and a ruling will be issued. The Court stays all discovery pending its ruling on the motions.

IT IS SO ORDERED.