**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSAFER INC.; MOSAFER E-COM, INC.; AND GOMOSAFER,<br><br>Plaintiffs,<br><br>v.<br><br>ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A IRONISTIC.COM; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; AND JOHN DOES 1–100,<br><br>Defendants. | Case No. 2:21-cv-06320-MCS-JC<br><br>**JUDGMENT** |

1

| | |
|---|---|
| ELLIOT BROIDY; BROIDY CAPITAL MANAGEMENT, LLC; AND CIRCINUS, LLC, | |
| | Counterclaimants, |
| v. | |
| MOSAFER INC.; MOSAFER ECOM, INC.; GOMOSAFER; STATE OF QATAR; ABU ISSA HOLDING WLL; ASHRAF ABU ISSA; AND NABIL ABU ISSA, | |
| | Counterclaim-Defendants. |

Pursuant to the Court's Order Re: Pending Motions, it is ordered, adjudged, and decreed:

The state law claims in the Complaint are stricken, and the federal claim is dismissed. The Complaint is dismissed with prejudice and without leave to amend.

The abuse of process claim in the Counterclaim is stricken, and the other claims are dismissed. The Counterclaim is dismissed without prejudice for lack of jurisdiction as to the State of Qatar, with prejudice as to the other counterclaim defendants, and without leave to amend.

///

2

No party shall take anything from this action except to the extent fees and costs are recoverable under California Code of Civil Procedure section 425.16(c)(1) and 28 U.S.C. § 1920.

**IT IS SO ORDERED.**

Dated: February 4, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE