1  Stephen G. Larson (SBN 145225)
   *slarson@larsonllp.com*
2  Koren L. Bell (SBN 268614)
   *kbell@larsonllp.com*
3  Paul A. Rigali (SBN 262948)
   *prigali@larsonllp.com*
4  Jonathan Gershon (SBN 306979)
   *jgershon@larsonllp.com*
5  **LARSON LLP**
   555 South Flower Street, Suite 4400
6  Los Angeles, California 90071
   Telephone:(213) 436-4888
7  Facsimile: (213) 623-2000

8  Attorneys for Plaintiffs and Counterclaim
   Defendants MOSAFER INC.; MOSAFER
9  E-COM, INC.; GOMOSAFER; ABU
   ISSA HOLDINGS; ASHRAF ABU ISSA;
10 and NABIL ABU ISSA

11             UNITED STATES DISTRICT COURT

12     CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

14 | MOSAFER INC.; MOSAFER E-COM, | Case No. 2:21-cv-06320-MCS-JC
   | INC.; AND GOMOSAFER, |
15 | | [Assigned to Hon. Mark C. Scarsi]
   |            Plaintiffs, |
16 | | **NOTICE OF APPEAL AND
   |        v. | REPRESENTATION STATEMENT**
17 | |
   | ELLIOTT BROIDY; GEORGE NADER; |
18 | BROIDY CAPITAL MANAGEMENT, |
   | LLC; CIRCINUS, LLC; THE IRON |
19 | GROUP INC. D/B/A IRONISTIC.COM; |
   | SCL SOCIAL LIMITED; PROJECT |
20 | ASSOCIATES UK LTD; MATTHEW |
   | ATKINSON; AND JOHN DOES 1-100, |
21 | |
   |            Defendants. |
22 | |
23 | AND RELATED COUNTERCLAIMS |
24

25

26

27

28

1    NOTICE IS HEREBY GIVEN that Plaintiffs Mosafer Inc., Mosafer E-Com,

2   and GoMosafer hereby appeal to the United States Court of Appeals for the Ninth

3   Circuit from final judgment entered on February 4, 2022 (Dkt. No. 135), and each

4   and every part thereof.

5    Plaintiffs' Representation Statement under Ninth Circuit Rule 3-2(b) is

6   attached as Exhibit A to this Notice.

7

8   DATED:  March 7, 2022                          LARSON LLP

9
                                                   By: /s/ Stephen G. Larson
10                                                     Stephen G. Larson
                                                       Koren L. Bell
11                                                     Paul A. Rigali
                                                       Jonathan D. Gershon
12                                                     Attorneys for Plaintiffs and
                                                       Counterclaim Defendants MOSAFER
13                                                     INC.; MOSAFER E-COM, INC.;
                                                       GOMOSAFER; ABU ISSA
14                                                     HOLDINGS; ASHRAF ABU ISSA;
                                                       and NABIL ABU ISSA
15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

1
2
3
4
5
6
7

**EXHIBIT A**

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

1    Pursuant to Circuit Rule 3-2(b) and the Federal Rules of Appellate Procedure

2    12(b), Plaintiffs-Appellants Mosafer Inc., Mosafer E-Com, Inc., and GoMosafer

3    submit this Representation Statement.  The following list identifies all parties to the

4    action and their respective counsel:

5    **<u>PLAINTIFFS:</u>**

6    MOSAFER INC., MOSAFER E-COM and GOMOSAFER, represented by:

7        Stephen G. Larson
         Koren L. Bell
8        Paul A. Rigali
9        Jonathan D. Gershon
         LARSON LLP
10       555 South Flower Street, Suite 4400
11       Los Angeles, California 90071
         Telephone:  (213) 436-4888
12       Email: slarson@larsonllp.com; kbell@larsonllp.com; prigali@larsonllp.com;
13       jgershon@larsonllp.com

14   **<u>DEFENDANTS:</u>**
15
16   ELLIOTT BROIDY, BROIDY CAPITAL MANAGEMENT LLC, and CIRCINUS
     LLC, represented by:
17
18       Daniel A. Saunders
         Kevin K. Kim
19       Kasowitz Benson Torres LLP
20       2029 Century Park East, Suite 2000
         Los Angeles, CA 90067
21       Telephone: (424) 288-7900
22       Email: dsaunders@kasowitz.com; kkim@kasowitz.com

23       Jason S. Takenouchi
24       Kasowitz Benson Torres LLP
         101 California Street, Suite 3000
25       San Francisco, California 94111
         Telephone: (415) 421-6140
26       Email: jtakenouchi@kasowitz.com

27

28

1    GEORGE NADER, represented by:

2
          John Antoni
3         ANTONI ALBUS, LLP
          11836 W. Pico Boulevard
4         Los Angeles, California 90064
5         Telephone: (310) 954-8020
          Email: Antoni@aallp.net
6
7         William Pittard (Pro Hac Vice)
          Courtney Forrest (Pro Hac Vice)
8         KAISERDILLON PLLC
9         1099 14th Street NW
          8th Floor West
10        Washington, DC 20005
11        Tel: (202) 640-2850
          Facsimile: (202) 280-1034
12        Email: wpittard@kaiserdillon.com; cforrest@kaiserdillon.com
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

# Notices

[2:21-cv-06320-MCS-JC Mosafer Inc. et al v. Elliot Broidy et al](#) **CASE CLOSED on 02/04/2022**

ACCO,(JCx),<span style="color:orange">CLOSED</span>,DISCOVERY,MANADR

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Gershon, Jonathan on 3/7/2022 at 4:54 PM PST and filed on 3/7/2022
**Case Name:**      Mosafer Inc. et al v. Elliot Broidy et al
**Case Number:**    2:21-cv-06320-MCS-JC
**Filer:**          Ashraf Abu Issa
                    Nabil Abu Issa
                    Abu Issa Holding WLL
                    Gomosafer
                    Mosafer E-Com, Inc.
                    Mosafer Inc.
**WARNING: CASE CLOSED on 02/04/2022**
**Document Number:** 139

**Docket Text:**
**NOTICE OF APPEAL AND REPRESENTATION filed by PLAINTIFFS Ashraf Abu Issa, Nabil Abu Issa, Abu Issa Holding WLL, Gomosafer, Mosafer E-Com, Inc., Mosafer Inc.. (Attachments: # (1) Exhibit Judgment (Dkt No 135))(Gershon, Jonathan)**

**2:21-cv-06320-MCS-JC Notice has been electronically mailed to:**

Aaron Gott      aaron.gott@bonalawpc.com, aaron.gott@ecf.courtdrive.com, ecf@bonalawpc.com

Alexander A. Berengaut      aberengaut@cov.com

Courtney R. Forrest      cforrest@kaiserdillon.com

Daniel A. Saunders      dsaunders@kasowitz.com, autodocket@kasowitz.com, courtnotices@kasowitz.com, Pmiller@kasowitz.com

David M. Zionts      dzionts@cov.com

Hyongsoon Kim      kimh@akingump.com, AGSearch-Lit@akingump.com, IRLITSUPPORT@akingump.com, lly@akingump.com, westdocketing@akingump.com

John D. Antoni      antoni@aallp.net

Jonathan Daniel Gershon      jgershon@larsonllp.com, jonathan-gershon-0760@ecf.pacerpro.com, ntatiboit@larsonllp.com

Kelsey Stapler Morris      kmorris@akingump.com, westdocketing@akingump.com

Koren L Bell     kbell@larsonllp.com, nmorales@larsonllp.com

Lauren E. Huennekens     cdoubroff@akingump.com, echun@akingump.com, eswatek@akingump.com, rguillory@akingump.com, tthomas@akingump.com, westdocketing@akingump.com

Megan M. O'Neill     moneill@cov.com

Michael David Fields     mfields@cov.com

Mitchell A. Kamin   &nb sp mkamin@cov.com, dlistengourt@cov.com, docketing@cov.com, jparady@cov.com

Paul Anthony Rigali     prigali@larsonllp.com, , hpark@larsonllp.com, kfoster@larsonllp.com, ygutierrez@larsonllp.com

Stephen Gerard Larson     slarson@larsonllp.com, nmorales@larsonllp.com, ygutierrez@larsonllp.com

William B. Pittard , IV     wpittard@kaiserdillon.com

**2:21-cv-06320-MCS-JC Notice has been delivered by First Class U. S. Mail or by other means <u>BY THE FILER</u> to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\2022 0307 Notice of Appeal and Representation Statement.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/7/2022] [FileNumber=33534741-0]
[a0070fbd2555147a0c525e9ee5627a0f6e5a7eb2917a9c0476768706aaebdb00f789
31eac1bd57d43baca56891b5cd4b642a014148024491f59e676dd9b97146]]
**Document description:**Exhibit Judgment (Dkt No 135)
**Original filename:**C:\fakepath\2022 0204 - No_135 - Mosafer -Judgment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=3/7/2022] [FileNumber=33534741-1]
[c0bf2156d006efe9a69962a856a383dda8c74338dd766254f5d556b5566ed6826844
05d7904a8d6f85428db58dc2c0b50022b02d83af3cd786a7adb142224551]]