**KASOWITZ BENSON TORRES LLP**
DANIEL A. SAUNDERS (SBN 161051)
dsaunders@kasowitz.com
2029 Century Park East, Suite 2000
Los Angeles, CA 90067
Telephone:  (424) 288-7900
Facsimile:  (424) 288-7901

JASON S. TAKENOUCHI (SBN 234835)
jtakenouchi@kasowitz.com
101 California Street, Suite 3000
San Francisco, California  94111
Telephone:  (415) 421-6140
Facsimile:  (415) 398-5030

*Attorneys for Defendants and Counterclaim-Plaintiffs Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MOSAFER INC.; MOSAFER ECOM, INC.; and GOMOSAFER, <br><br> Plaintiffs, <br> vs. <br><br> ELLIOTT BROIDY, *et al.*, <br><br> Defendants. | CASE NO. 2:21-cv-06320-MCS-JC <br><br> [Assigned to Hon. Mark C. Scarsi] <br><br> **NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |
| ELLIOT BROIDY; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC, <br><br> Counter-Claimants, <br> vs. <br><br> MOSAFER INC.; MOSAFER ECOM, INC.; GOMOSAFER; STATE OF | |

| | |
|---|---|
| 1 | QATAR; ABU ISSA HOLDING WLL; ASHRAF ABU ISSA; NABIL ABU ISSA, |
| 2 | |
| 3 | Counter-Defendants. |

NOTICE OF APPEAL AND REPRESENTATION STATEMENT

NOTICE IS HEREBY GIVEN that Defendants and Counter-Claimants Elliot Broidy, Broidy Capital Management, LLC, and Circinus, LLC hereby appeal to the United States Court of Appeals for the Ninth Circuit from that portion of the final judgment entered on February 4, 2022 (Dkt. No. 135) that relates to the Counterclaim.

Defendants and Counter-Claimants' Representation Statement under Ninth Circuit Rule 3-2(b) is attached as Exhibit A to this Notice.

Dated:       March 21, 2021

**KASOWITZ BENSON TORRES LLP**

By: /s/ Daniel A. Saunders

Daniel A. Saunders, Esq.
dsaunders@kasowitz.com
2029 Century Park East, Suite 2000
Los Angeles, California 90067
Telephone: (424) 288-7900
Facsimile: (424) 288-7901

*Attorneys for Defendants and Counterclaim-Plaintiffs Elliott Broidy, Broidy Capital Management, LLC, and Circinus, LLC*

1
NOTICE OF APPEAL AND REPRESENTATION STATEMENT

# EXHIBIT A

Pursuant to Ninth Circuit Rule 3-2(b) and Federal Rule of Appellate Procedure 12(b), Appellants/Defendants and Counter-Claimants Elliot Broidy, Broidy Capital Management, LLC, and Circinus, LLC submit this Representation Statement. The following list identifies all parties to the action and their respective counsel:

**APPELLANTS/DEFENDANTS AND COUNTER-CLAIMANTS:**

ELLIOTT BROIDY, BROIDY CAPITAL MANAGEMENT, LLC, and CIRCINUS, LLC, represented by:

KASOWITZ BENSON TORRES LLP
Daniel A. Saunders
dsaunders@kasowitz.com
2029 Century Park East, Suite 2000
Los Angeles, CA 90067
Telephone: (424) 288-7900
Facsimile: (424) 288-7901

Jason S. Takenouchi
jtakenouchi@kasowitz.com
101 California Street, Suite 3000
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

**APPELLEES/PLAINTIFFS AND COUNTER-DEFENDANTS:**

MOSAFER INC., MOSAFER E-COM, GOMOSAFER, ABU ISSA HOLDINGS, ASHRAF ABU ISSA, NABIL ABU ISSA, represented by:

LARSON LLP
Stephen G. Larson
slarson@larsonllp.com
Koren L. Bell
kbell@larsonllp.com
Paul A. Rigali
prigali@larsonllp.com
Jonathan D. Gershon

3

jgershon@larsonllp.com
555 South Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888

**APPELLEE/COUNTER-DEFENDANT**:

STATE OF QATAR, represented by:

COVINGTON AND BURLING, LLP
Mitchell A. Kamin
mkamin@cov.com
Michael D. Fields
mfields@cov.com
1999 Avenue of the Stars, Suite 3500
Los Angeles, CA 90067-4643
Telephone: + 1 424-332-4800
Facsimile: + 1 424-332-4749

David M. Zionts
dzionts@cov.com
Alexander A. Berengaut
aberengaut@cov.com
Megan M. O'Neill
moneill@cov.com
One CityCenter
850 Tenth Street, NW
Washington, DC
20001-4956
Telephone: +1 202 662 6000
Facsimile: +1 202-662-6291

4

NOTICE OF APPEAL AND REPRESENTATION STATEMENT