1
2
3
4  **JS-6**
5
6
7
8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10  MOSAFER INC.; MOSAFER E-COM, INC.; AND GOMOSAFER,   Case No. 2:21-cv-06320-MCS-JC
11
12                   Plaintiffs,   **JUDGMENT**
13
14          v.
15  ELLIOT BROIDY; GEORGE NADER; BROIDY CAPITAL
16  MANAGEMENT, LLC; CIRCINUS, LLC; THE IRON GROUP INC. D/B/A
17  IRONISTIC.COM; SCL SOCIAL
18  LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON;
19  AND JOHN DOES 1–100,
20
21                   Defendants.
22
23
24
25
26
27
28

1

1

2  ELLIOT BROIDY; BROIDY
   CAPITAL MANAGEMENT, LLC;
3  AND CIRCINUS, LLC,

4
                Counterclaimants,
5

6          v.

7  MOSAFER INC.; MOSAFER ECOM,
   INC.; GOMOSAFER; STATE OF
8  QATAR; ABU ISSA HOLDING WLL;
   ASHRAF ABU ISSA; AND NABIL
9  ABU ISSA,

10
                Counterclaim-
11              Defendants.

12

13

14         Pursuant to the Court's Order Re: Pending Motions, it is ordered, adjudged, and

15  decreed:

16         The state law claims in the Complaint are stricken, and the federal claim is

17  dismissed. The Complaint is dismissed with prejudice and without leave to amend.

18         The abuse of process claim in the Counterclaim is stricken, and the other claims

19  are dismissed. The Counterclaim is dismissed without prejudice for lack of jurisdiction

20  as to the State of Qatar, with prejudice as to the other counterclaim defendants, and

21  without leave to amend.

22  ///

23

24

25

26

27

28

                                           2

1       No party shall take anything from this action except to the extent fees and costs

2  are recoverable under California Code of Civil Procedure section 425.16(c)(1) and 28

3  U.S.C. § 1920.

4

5  **IT IS SO ORDERED.**

6

7  Dated: February 4, 2022

8                           MARK C. SCARSI
                                  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28