UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 10 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MOSAFER, INC.; MOSAFER E-COM, INC.; GOMOSAFER,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>ELLIOTT BROIDY; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC; GEORGE NADER,<br><br>        Defendants-Appellees,<br><br> and<br><br>THE IRON GROUP, INC., DBA Ironistic.Com; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; JOHN DOES, 1-100,<br><br>        Defendants,<br><br> and<br><br>STATE OF QATAR; ABU ISSA HOLDING WLL; ASHRAF ABU ISSA; NABIL ABU ISSA,<br><br>        Counter-defendants. | No.   22-55265<br><br>D.C. No. 2:21-cv-06320-MCS-JC<br>Central District of California, Los Angeles<br><br>ORDER |
| MOSAFER, INC.; MOSAFER E-COM, INC.; GOMOSAFER, | No.   22-55296 |

|  |  |
|---|---|
| Plaintiffs-Appellees, | D.C. No. 2:21-cv-06320-MCS-JC |
| v. | |
| ELLIOTT BROIDY; BROIDY CAPITAL MANAGEMENT, LLC; CIRCINUS, LLC, | |
| Defendants-Appellants, | |
| STATE OF QATAR; ABU ISSA HOLDING WLL; ASHRAF ABU ISSA; NABIL ABU ISSA, | |
| Counter-defendants-Appellees, | |
| and | |
| GEORGE NADER; THE IRON GROUP, INC., DBA Ironistic.Com; SCL SOCIAL LIMITED; PROJECT ASSOCIATES UK LTD; MATTHEW ATKINSON; JOHN DOES, 1-100, | |
| Defendants. | |

Before: PAEZ and H.A. THOMAS, Circuit Judges, and R. COLLINS,[*] District Judge.

Several of the parties to this appeal have filed motions to allow longer argument, as permitted by Fed. R. App. P. 34(b). The State of Qatar requests 10 minutes of separate argument time, Dkt. No. 69; Broidy Capital Management,

---

[*] The Honorable Raner C. Collins, United States District Judge for the District of Arizona, sitting by designation.

LLC, Elliott Broidy, and Circinus, LLC (collectively, Broidy Parties) request 15 minutes of separate argument time, Dkt. No. 70; and George Nader requests 10 minutes of separate argument time, Dkt. No. 71. These motions are hereby **GRANTED**, and argument time will be allocated as follows:

- Mosafer, Inc., Mosafer E-Com, Inc., Gomosafer; Abu Issa Holding WLL; Ashraf Abu Issa; and Nabil Abu Issa – 15 minutes
- State of Qatar – 10 minutes
- Broidy Parties – 15 minutes
- George Nader – 10 minutes

**IT IS SO ORDERED.**